**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert K. Murphey, Jr.,

Plaintiff,

v.

City of Minneapolis,

Defendant.

01cv10 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendants' Motion for Summary Judgment** on Monday, August 5, 2002 at 11:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: July 2, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUL 02 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK