# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERT K. MURPHEY, JR., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-0010 (JNE/JGL) |
| | ) | Date: 12/29/04 |
| CITY OF MINNEAPOLIS, | ) | Court Reporter: N/A |
| | ) | Time Commenced: 9:30 A.M. |
| Defendant. | ) | Time Concluded: 11:00 A.M. |
| | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Jim Ryan

Defendant: Caroline Bachun

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge