February 1, 2005

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge
Suite 9E, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Robert K. Murphey Jr. v. City of Minneapolis
United States District Court File No.: 01-0010 (JNE/JGL)

Dear Magistrate Judge Lebedoff:

On January 31, 2005, you issued a Notice of Settlement Conference in the above-mentioned matter with a settlement conference date of March 8, 2005. I am not able to attend the conference on that date because my office has scheduled mandatory office-wide training for that afternoon. The parties have agreed that the settlement conference will be rescheduled to Wednesday, March 9, 2005, at 1:45 p.m. All instructions set forth in the original Notice of Settlement Conference dated January 31, 2005 will remain the same.

Sincerely,

s/Carol Bachun
CAROL BACHUN
Assistant City Attorney

CMB:hhp

cc: James Ryan, Esq.