UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - -

Robert K. Murphey, Jr., Civil File No. 01-10 (JNE/JGL)

Plaintiff,

vs.

**PLAINTIFF'S WITNESS LIST**
**(Original)**

City of Minneapolis,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

Plaintiff intends to call the following as witnesses at the trial of this matter:

1. Robert K. Murphey, Jr.
44819 Highway 56 Boulevard
Kenyon, MN 55946

The plaintiff's has knowledge of his background and qualifications, all aspects of his damages, and all matters at issue in the litigation.

2. Katherine Cooper
214 Fourth Street
Kenyon, MN 55946
(plaintiff's former significant other)

Ms. Cooper is the mother of the plaintiff's two children, and was the plaintiff's "common-law" wife for twenty years. She has knowledge of the emotional effects of the plaintiff's discharge upon the plaintiff, their relationship, and the plaintiff's home life.

3. Madilynn Murphey
214 Fourth Street
Kenyon, MN 55946
(plaintiff's daughter)

Ms. Murphey is the plaintiff's 17-year-old daughter. She has knowledge of the emotional effects of the plaintiff's discharge upon the plaintiff's home life.

4. Frank D. Samlaska
Samlaska Rehabilitation Services
209 South Second Street, Suite 211
Mankato, MN 56001

Mr. Samlaska was the Qualified Rehabilitation Consultant assigned to the plaintiff's worker's-compensation case since September 2, 1999. He conducted a vocational assessment of the plaintiff, and created a vocational rehabilitation plan. In addition, he prepared a Status Report dated November 12, 1999 opining that the plaintiff's continued employment by the defendant would be the best vocational rehabilitation plan for the parties. Mr. Samlaska was deposed, and his testimony will cover all matters covered in his deposition.

5. Nancy Ann Ross
Human Resources Department
City of Minneapolis

Ms. Ross is the Workers' Compensation Claims Coordinator for the defendant. She has information with respect to plaintiff's worker's-compensation claim, and meetings and conversations with the plaintiff and other employees of the defendant relating to the plaintiff's continued employment by the defendant. She has knowledge of the defendant's policies and procedures with respect to hiring, the Job Bank, the Return to Work policy, and other matters. Ms. Ross was deposed, and her testimony will cover all matters covered in her deposition.

6. Mary Beth Page
13733 - 85th Avenue North
Maple Grove, MN 55369

Ms. Page is the Human Resources Senior Consultant for the defendant's Public Works Department. She has information with respect to work available for the plaintiff, and meetings and conversations with the plaintiff and other employees of the defendant's relating to the plaintiff's continued employment by the defendant. She has knowledge of the defendant's policies and procedures with respect to hiring, the Job Bank, the Return to Work policy, and other matters. Ms. Page was deposed, and her testimony will cover all matters covered in her deposition.

7. Aurelia Louise Spann (By Deposition)
6147 - 64th Avenue North
Brooklyn Park, MN 55429

Ms. Spann is a Human Resources associate for the defendant. She had no role in the plaintiff's termination other than to prepare and sign his termination letter. She calculated

the end of the 120-day Job Bank period based upon Mary Page's representation to her that the 120-day period had commenced on July 6, 1999. Ms. Spann knew that the 120-day period would not commence until the plaintiff's first day of work, but based on what Mary page told her, believed his first day of work was July 6th rather than his actual start date of July 12th. The City has informed the plaintiff that Ms. Spann is beyond the subpoena power of this Court and her deposition will therefore be used instead of live testimony.

8. Edward A. Backstrom
City of Minneapolis
Minneapolis City Attorney's Office

Mr. Backstrom is an attorney with the City of Minneapolis, and attended the meeting held October 15, 1999 during which the plaintiff and Mr. Samlaska were led to believe that the 120-day placement requirement of the Job Bank had been met.

9. Thomas Mottaz, Esq.
2150 Third Avenue North
Anoka, MN 55303

Mr. Mottaz represents the plaintiff with respect to his worker's-compensation claim involving the defendant.

10. Patricia Kappelhoff
Pension Analyst Coordinator
PERA
514 St. Peter Street, Suite 200
St. Paul, MN 55102

Ms. Kappelhoff has information relating to the plaintiff's retirement benefits and the effect of the plaintiff's termination on those benefits. The parties are currently attempting to obtain information from Ms. Kappelhoff to which they can stipulate.

11. Timothy Gaza
Manager of Benefits
MERF
Minneapolis, MN

Mr. Gaza has information relating to the conditions under which the plaintiff could "buy back" seven years of service from MERF and the consequences of doing so. At the time of the buy back, Murphey would have to be a current City employee making PERA contributions, which would have been the case up to September 1, 2001 had he not been discharged. The current MERF "buy back" amount is $15,748.93. If the buy back occurred, Murphey would receive as a retirement benefit from MERF 14% of his highest five years of

earnings, in addition to whatever benefits he receives or received from PERA.

**Various Records Custodians**
**(*Not to be Called if Stipulation Reached*)**

The parties have agreed in principle to stipulate to foundation, identification, and authenticity of various documents obtained during discovery, including the records of various health-care providers. Absent such a stipulation, the plaintiff would be forced to call the records custodians for the various exhibits the plaintiff intends to offer to establish these elements of admissibility, including the following:

**Records Custodians for:**

12. Dr. Daniel Conlon
Bloomington Lake Clinic
7901 Xerxes Avenue South
Minneapolis, MN 55431

13. John A. Dowdle, M.D.
Summit Landmark Orthopedics, Ltd.
17 West Exchange Street, Suit 307
St, Paul, MN 55102

14. Dr. Matthew Monsein
Medical Director
Abbott Northwestern Hospital - Sister Kenny Institute
Chronic Pain Program
800 East 28th Street
Minneapolis, MN 55407

15. Gus Hallenberg, OTR
Abbott Northwestern Hospital - Sister Kenny Institute
800 East 28th Street
Minneapolis, MN 55407

16. Peggy Ninow, OTR
Park Nicollet Clinic
3800 Park Nicollet Boulevard
St. Louis Park, MN 55416

17. John H. Hung, Ph.D., L.P.
Health Psychology Consultants
7301 Ohms Lane, Suite 635
Edina, MN 55439

**The plaintiff reserves the right to call additional witnesses for rebuttal**.

JAMES G. RYAN
Attorney for Plaintiff

Dated: March 25, 2005

*/s/ James G. Ryan*
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 338-3872