UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - -

Robert K. Murphey, Jr.,

Plaintiff,

vs.

City of Minneapolis,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 01-10 (JNE/JGL)

**PLAINTIFF'S LIST OF DEPOSITION TESTIMONY**

The parties have stipulated that Aurelia Spann is "at a greater distance than 100 miles from the place of trial . . ." within the meaning of Fed.R.Civ.P. 32(a)(3)(B), that the parties are unable to procure her attendance by subpoena within the meaning of Fed.R.Civ.P. 32(a)(3)(D), and that her deposition may be used in lieu of live testimony.

The plaintiff intends to read (or have read) the following portions of the Spann deposition transcript into the record at trial, with references to Deposition Exhibit numbers changed to Plaintiff's Trial Exhibit numbers:

======================

**Deposition of Aurelia Spann**
**Taken December 17, 2001**

Page 4, lines 8-14, 19-22

Page 5, lines 16-18, 21-25

Page 8, lines 16-17

Page 8, line 21 (beginning with "up to December . . ." ) and ending on Page 10, line 13

Page 13, lines 9-25

Page 14, lines 1-5

Page 15, lines 5-8, 19-25

Page 16, lines 1-3

Page 17, lines 10-23

Page 29, lines 6-15

Page 34, lines 1-13

Page 35, lines 10-25

Page 36, lines 1-2, 7-25

Page 37, lines 1-25

Page 38, lines 1-23

Page 42, lines 22-25

Page 43, lines 1-4, 11-20

==========================

JAMES G. RYAN
Attorney for Plaintiff

Dated: March 25, 2005

*/s/ James G. Ryan*
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 338-3872