UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - -

Robert K. Murphey, Jr.,

Plaintiff,

vs.

City of Minneapolis,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 01-10 (JNE/JGL)

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

The plaintiff requests that the following areas be covered during voir dire.

**General Background**

1. Please provide us some information about yourself.

   Name
   Age
   Where born?
   Where reside?
   How long?
   Marital status

   Employed?
   Where?
   What do?
   How long?
   Where else have you been employed over the past ten years?
   What did your parents do for a living?

2. Please provide us some information about your family.

   Spouse (if applicable)

      Name; age
      Where work? How long?

   Children (if applicable)

Names; ages
What do?

Grandchildren (if juror over 50 years old or more)

Ages
What do?

3. Have any of you or anyone close to any of you ever owned a business or owned an interest in a corporation or business?

Please explain.

4. Educational Background

Have you ever taken any courses or received any training in law, psychology, or social work?

What courses did you take?
When?

Have you ever taken any courses, or attended any seminars or training programs which dealt with issues of employment?

What courses did you take?
When?

5. Military Service

What branch?
When?
Were you on active duty?
Where?

**Work Background**

6. What are your job responsibilities?

7. Does your job include responsibility for human resources or personnel?

If yes, please explain.

8. Have you ever had responsibility for human resources or personnel in past jobs?

   If yes, please explain.

9. Has anyone close to you ever had responsibility for human resources or personnel in current or past jobs?

   If yes, please explain.

10. Have you or anyone close to you ever been involved in a situation where an employment contract was suspended, terminated, or not renewed?

    If yes, please explain.

11. Have you or anyone close to you ever been unemployed for a period of time?

    If yes, please explain.

12. Have you or anyone close to you ever received workers' compensation benefits for a period of time?

    If yes, please explain.

13. Have you or anyone close to you ever received disability benefits of any kind (social security, VA, long- or short-term insurance disability, etc.) for a period of time?

    If yes, please explain.

14. Have you or anyone close to you ever been **denied** disability benefits of any kind (social security, VA, long- or short-term insurance disability, etc.)?

    If yes, please explain.

15. Have you ever had an unpleasant experience with an employer?

    What happened?
    What was the end result?
    What was unpleasant to you about the experience?

**Other**

16. Have you or any member of your family ever worked for a local city government office?

Who?
What city?
What does he/she do?

17. Do you have any prior experience in translating injuries into money damages, or evaluating the impact of injuries?

If yes, please explain.

18. Do any of you belong to any group that is concerned with issues relating to employment or civil lawsuits?

If yes, please explain.

**Disabiltiy Issues**

19. Are you aware that our laws prohibit employers from discriminating against employees based on disability?

**Familiarity with Parties, Witnesses, Attorneys**

20. Have you or anyone close to you ever worked with or had any contact with any of the following cities, persons, lawyers, or law firms?

The City of Minneapolis
Minneapolis City Attorney's Office
Caroline Bachun
James G. Ryan

Are you acquainted in any way with any of the following persons?

Robert K. Murphey, Jr.
Katherine Cooper
Madilynn Murphey
Frank D. Samlaska
Nancy Ann Ross
Mary Beth Page
Aurelia Louise Spann
Edward A. Backstrom
Brad Henry
Patricia Kappelhoff
Dr. Daniel Conlon
John A. Dowdle, M.D.

Dr. Matthew Monsein
Gus Hallenberg, OTR
Peggy Ninow, OTR
John H. Hung, Ph.D., L.P.

What is the nature of your acquaintance?

**Legal Issues**

21. Have you ever served as a juror before?

What kind of case was it?

What was the result?

How would you describe your experience on that jury?

Do you have any criticism of the how the courts worked in that instance?

How does that experience make you feel about being a juror in this case?

22. Have you or anyone you know ever been involved in a lawsuit or a court case of any kind, as a witness or a plaintiff or a defendant, or in any other way?

Please tell us about that situation.

What was the outcome?

How did you feel about the outcome?

Do you have any criticism of the how the courts worked in that instance?

How does that experience make you feel about being a juror in this case?

23. Have any of your employers ever been sued by employees or former employees?

Please tell us about that situation.

How did you feel about the outcome?

Do you have any criticism of the how the courts worked in that instance?

How does that experience make you feel about being a juror in this case?

24. Some people think that a lot of the lawsuits brought today should not be allowed?

What do you think about that?

How do you think your feelings might affect you in being a juror in this case?

25. One of the purposes of our court system in civil cases is to provide to a person who is wrongfully injured an amount of money which will fairly compensate the injured person.

Do you have any problems with the idea that a person who was injured should be given compensation for the loss they have suffered?

26. Can you think of any reason why you cannot be fair and impartial as a juror in this case?

If yes, please explain.

Dated: March 25, 2005

JAMES G. RYAN
Attorney for Plaintiff

*/s/ James G. Ryan*
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 338-3872