UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\- - - - - - - - - - - - - - - - - - - - - - -

Robert K. Murphey, Jr.,

Plaintiff,

vs.

City of Minneapolis,

Defendant.

\- - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 01-10 (JNE/JGL)

**PLAINTIFF'S MOTION IN LIMINE**

The plaintiff hereby moves the Court for an Order prohibiting the defense from placing before the jury at trial in any form (a) the amounts of the monetary payments the plaintiff received from, or (b) the fact that the plaintiff received any payments at all from, any collateral sources, including but not limited to the following:

1. Disability payments from any source, including PERA, U.S. Life, or the Veteran's Administration; and

2. The worker's-compensation payments the plaintiff received over the years.

This motion is based upon the ground that such payments may not, as a matter of law, be deducted from any monetary award made to the plaintiff, and their admission (or references to them) should be excluded under the Federal Rules of Evidence, including but not limited to the following:

- Rule 402 (irrelevant evidence to be excluded)
- Rule 403 (unfair prejudice, confusion of issues, misleading the jury, *etc.*)

The motion is also based upon the grounds set forth in the legal memorandum served and filed with this motion.

JAMES G. RYAN
Attorney for Plaintiff

Dated: March 25, 2005

*/s/ James G. Ryan*
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-3872