IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*Robert K. Murphey, Jr.,*

Plaintiff,

v.

*City of Minneapolis,*

Defendant.

**CERTIFICATE OF SERVICE**

Case No.: *01-10 (JNE/JGL)*

I hereby certify that on **March 25, 2005**, I caused the following documents:

**Plaintiff's Trial Brief;**
**Plaintiff's Exhibit List;**
**Plaintiff's Witness List;**
**Plaintiff's List of Deposition Testimony;**
**Plaintiff's Motion in Limine;**
**Plaintiff's Memorandum in Support of Motion in Limine;**
**Plaintiff's Proposed Voir Dire Questions; and**
**Plaintiff's Proposed Jury Instructions and Special Verdict Form,**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Caroline M. Bachun**
**Assistant City Attorney**
**Office of the City Attorney**
**333 South Seventh Street, Suite 300**
**Minneapolis, MN 55402-2453**

**caroline.bachun@ci.minneapolis.mn.us**

Dated: March 25, 2005

***/s/ James G. Ryan***
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 338-3872