***UNITED STATES DISTRICT COURT***

----------------DISTRICT OF MINNESOTA-------------------

Robert Murphey Jr. v. City of Minneapolis

DEFENDANT'S EXHIBIT LIST

| | | |
|---|---|---|
| Joan N. Ericksen | PLANTIFF'S ATTORNEY<br>James Ryan | DEFENDANT'S ATTORNEY<br>Caroline M. Bachun |
| TRIAL DATE(S)<br>April 5, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS** |
|---|---|---|---|---|---|
| | 1 | | | | 3/29/99: Functional Capacities Evaluation form |
| | 2 | | | | 6/1/95: Essential Functions Job Description (Laborer) |
| | 3 | | | | 11/8/99: Information Sheet for Temporary City Employees |
| | 4 | | | | 12/23/99: Letter from Tara Mugane to Murphey regarding permit work at Engineering Services |
| | 5 | | | | 1/25/02: Murphey's exams' scores for applications |
| | 6 | | | | 3/23/ : Engineering Aide I job posting |
| | 7 | | | | 11/19/98: Murphey's Application for Engineering Aide I |

| | | | | | |
|---|---|---|---|---|---|
| | 8 | | | | 1/12/99: Letter from Roxanne Scheller to Murphey rejecting application. |
| | 9 | | | | Handwritten note to Mary expressing interest in Engineering Aide I position |
| | 10 | | | | 4/5/99: Murphey's Application for Engineering Aide I position |
| | 11 | | | | 8/18/99: Letter from Roxanne Scheller to Murphey rejecting application. |
| | 12 | | | | 6/7/99: Memo from Tara Mugane to Mary Page listing duties for Murphey |
| | 13 | | | | 7/27/98: Public Works Safety Specialist job posting |
| | 14 | | | | 8/13/98: Murphey's Application for Public Works Safety Specialist |
| | 15 | | | | Job posting for customer Services Representative I |
| | 16 | | | | 10/15/99: Murphey's Application for Customer Services Rep. I |
| | 17 | | | | 11/3/99: Letter from Kim MacDonald to Murphey rejecting application for being uderqualified. |
| | 18 | | | | Foreman, Ramp Repair and Restoration job posting |
| | 19 | | | | 1/26/00: Muphey's Application for Foreman, Ramp Repair and Restoration |

| | | | | | |
|---|---|---|---|---|---|
| | 20 | | | | 12/7/98: 9-1-1 Operator job posting |
| | 21 | | | | 10/8/98: Letter from Lasamy Mila to Murphey regarding the Job bank |
| | 22 | | | | 7/2/99: Letter from Michelle Michurski to Murphey scheduling meeting to offer light dury position |
| | 23 | | | | 7/6/99: Letter from Michelle Michurski to Murphey regarding Job Bank |
| | 24 | | | | 11/3/99: Letter from Aurelia Spann to Murphey regarding completion of Job Bank period |
| | 25 | | | | 11/24/98: Application for Disability Benefits |
| | 26 | | | | 5/19/99: Letter from PERA to Murphey regarding approval of benefits |
| | 27 | | | | 10/17/01: Letter from City of Goodhue to Caroline regarding Murphey application for position |
| | 28 | | | | 5/18/99: Email from Nancy Ross to Abramson regarding Job Bank including emails from 4/30/99 |
| | 29 | | | | 5/20/99: Email from Nancy Ross to Mary Page about getting Murphey into the Job Bank |
| | 30 | | | | 2/1/00: Email from Nancy Ross to Timothy Giles regarding Murphey Job placement including other emails from 1/25/00 – 1/27/00 |

| | | | | | |
|---|---|---|---|---|---|
| | 31 | | | | 10/6/99: Email from Mary Page to Kim MacDonald and Sue Rustad so set up meeting regarding Murphey<br><br>Email from Robert Etzioni to Mary Page regarding funds for Murphey expenses<br><br>10/4/99: Email from Mary Page to Nancy Ross regarding meting with Brad Henry and Tara Mugane. |
| | 32 | | | | City's pamphlet on 'What Should I do If I am Injured at Work' |
| | 33 | | | | Return to Work Program pamphlet and policy |
| | 34 | | | | 10/28/98: Email from Nancy Ross to Mary Jauman regarding worker's comp. payment<br><br>Email to Katherine O'Neil regarding restrictions and placement |
| | 35 | | | | 6/7/99: Email from Tara Mugane to Mary Page regarding list of duties for engineering design |
| | 36 | | | | 10/13/98: Return to Work Financial Approval Form |
| | 37 | | | | 6/25/99: Email from Nancy Ross to Mary Page regarding return to work |
| | 38 | | | | 6/9/99: Email from Mary Page to Nancy Ross regarding Engineering Aide I duties<br><br>Email from Nancy Ross to Mary Page regarding call from Murphey to cancel |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | meeting with Jennifer Jensen |
| | 39 | | | | 6/10/99: Email from Mary Page to Aurelia Spann regarding not bringing Murphey into the Job Bank |
| | 40 | | | | 8/28/98: Memo form Aurelia Spann to Murphey about skills assessment |
| | 41 | | | | Job Bank clients list |
| | 42 | | | | Minneapolis job openings for the Week of July 12, 1999 |
| | 43 | | | | Samlaska Curriculum Vitae |
| | 44 | | | | 11/12/99: Rehabilitation Services Status Report |
| | 45 | | | | 12/8/99: Vocational Assessment Report |
| | 46 | | | | 3/9/00: EZDOT Report Typical Occupational Characteristics |
| | 47 | | | | 7/23/98: Letter from Mary Jauman to Murphey regarding eligibility for City's Return to Work/Job Bank Program |
| | 48 | | | | 2/9/00: Rehabilitation Job Placement Plan & Agreement (JPPA) |
| | 49 | | | | 12/17/99: R-3 Rehabilitation Plan Amendment |
| | 50 | | | | List of job titles Grades 1 – 4 (5308-5313) |
| | 51 | | | | Grades 1 - 4 job titles with descriptions |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and requirements (5314-5741) |
| | 52 | | | | Requisitions and eligible list for Central Alarm Station Operator positions (5742-5787) |
| | 53 | | | | Requisitions and eligible list for Clerk II positions (5788-6102) |
| | 54 | | | | Job Description – Foreman, Paving Construction (6103-6109) |
| | 55 | | | | Job Duties – Shop Repair Worker I (6110-6116) |
| | 56 | | | | Requisition and candidate list for Community Services Officer position (6117-6124) |
| | 57 | | | | Requisition and candidate list for construction and Maintenance Laborer (6125-6128) |
| | 58 | | | | Requisition and eligible list for Delivery Worker (6129-6138) |
| | 59 | | | | Requisitions and eligible list for Exhibitor Services Clerk I. (6139-6163) |
| | 60 | | | | Requisitions and candidate list for Janitorial Worker (6164-6224) |
| | 61 | | | | Requisitions and candidate list for Library Aide I (6225-6254) |
| | 62 | | | | Requisitions and candidate list for Library Aide II position (6255-6286) |

| | | | | | |
|---|---|---|---|---|---|
| | 63 | | | | Requisitions and candidate list for Library Page I position (6287-6364) |
| | 64 | | | | Requisitions and candidate list for Mobile Equipment Operator (6365-6392) |
| | 65 | | | | Requisitions and candidate list for Parkkeeper Trainee (6393-6401) |
| | 66 | | | | Requisitions and eligible list for Public Works Safety Specialist (6433-6452) |
| | 67 | | | | Requisitions and candidate list for Public Works Maintenance Dispatcher I (6402-6413) |
| | 68 | | | | Requisitions and candidate list for Stock Clerk I (6414-6432) |
| | 69 | | | | Requisitions and candidate list for Pumping Station Engineer I (6453-6463) |
| | 70 | | | | Requisitions and candidate list for Receptionist (6464-6539) |
| | 71 | | | | Requisitions and candidate list for Recreation Plus Coordinator (6540-6571) |
| | 72 | | | | Requisitions and eligible list for Water Works Service Worker I (6579-6589) |
| | 73 | | | | Plaintiff’s Exam Scores for various positions applied for (6590-6615) |
| | 74 | | | | Job Duties – 911 Operator with Job Task Analysis Questionnaire (6616-6623) |

| | | | | | |
|---|---|---|---|---|---|
| | 75 | | | | Requisitions and candidate lists for Customer Service Representative I (6624-6689) |
| | 76 | | | | Requisitions and candidate lists for Engineering Aide position (6690-6837) |
| | 77 | | | | Requisitions and candidate list for Shop Repair Worker I position (6838-6847) |
| | 78 | | | | Engineering Services files pertaining to Plaintiff (6848-6915) |
| | 79 | | | | Certification Report or CityWorks Trainee II position |
| | 80 | | | | Job description for Construction Equipment Operator/Oiler and Job Task Analysis Questionnaire (6919-6926) |
| | 81 | | | | Job description for Custodial Worker |
| | 82 | | | | Job description for Parkkeeper Trainee |
| | 83 | | | | Job description for Truck Driver and Job Task Analysis Questionnaire (6930-6937) |
| | 84 | | | | Requisitions and candidate list for Customer Service Representative I position (6938-6995) |
| | 85 | | | | Requisitions and candidate list for Engineering Aide I position (6996-7106) |
| | 86 | | | | Requisitions and candidate list for Foreman Paving Construction Position (7107-7142) |

| | | | | | |
|---|---|---|---|---|---|
| | 87 | | | | Requisitions and candidate list for Shop Repair Worker I position(7143-7156) |
| | 88 | | | | Requisitions and candidate list for 911 Operator position (7157-7197) |
| | 89 | | | | Plaintiff's applications for various positions with Job postings (7198-7251) |
| | 90 | | | | Labor Agreement for Foreman Unit for the Period: 1/1/98 – 12/21/00 |
| | 91 | | | | Labor Agreement for Professional Employees Unit for the Period: 1/1/98 – 12/31/99 |
| | 92 | | | | 1998 and 1999 Hires and Promotions Grades 1-4 with Salary Information (7406-7437) |
| | 93 | | | | Active Union Codes as of 2/19/02 |
| | 94 | | | | 10/18/99: Email from Bradford Henry to Don Elwood and Tara Mugane regarding proposed comments to Mary Page |
| | 95 | | | | Requisitions and candidate lists for Public Works Maintenance Dispatcher I position (7444-7493) |
| | 96 | | | | Plaintiff's claim files with American General Financial Group (7494-7614) |
| | 97 | | | | Plaintiff's Pay records: 12/21/97 – 3/24/01 Alphabetical Post Detail Report (03035-03092) |
| | 98 | | | | Plaintiff's Personnel Files (03093-03447) |

| | | | | | |
|---|---|---|---|---|---|
| | 99 | | | | Labor Agreement Laborers Union for the Period: 1/1/98 – 12/31/00 (03529-03622) |
| | 100 | | | | Labor Agreement Laborers Union for the Period: 1/1/95 – 12/31/97 (03623-03695) |
| | 101 | | | | Labor Agreement General Office clerical and Technical Unit for Period: 1/1/98 – 12/31/99 (03696-03783) |
| | 102 | | | | City of Minneapolis Employee Handbook (03784-03834) |
| | 103 | | | | Minneapolis Civil Service Commission Rules and Charter Provisions (03835-03937) |
| | 104 | | | | Plaintiff's pay records showing benefits deductions (03938-03945) |
| | 105 | | | | Mary Page's file relating to Plaintiff (03946-04132) |
| | 106 | | | | Engineering Aides Hired 1990-1998 and Jan 2000 – March 2001 (04133-04345) |
| | 107 | | | | 5/8/00: Response to EEOC Charge No. 265A00457 (04346-04426) |
| | 108 | | | | 5/18/00: Supplemental Response to EEOC Charge No. 265A00457 (04427-04479) |
| | 109 | | | | City of Minneapolis Job Openings for the Week of 7/12/99 – 11/1/99 (04480-04595) |
| | 110 | | | | City of Minneapolis Return to Work Program and other policies (04600-04704) |

| | | | | | |
|---|---|---|---|---|---|
| | 111 | | | | Plaintiff's PERA file (4705-4936) |
| | 112 | | | | Park Nicollet medical records (4937-4956) |
| | 113 | | | | Abbott Northwestern medical records (4957-5136) |
| | 114 | | | | Summit Landmark Orthopedics medical records (5137-5142) |
| | 115 | | | | 10/22/01: Letter from City of Cottage Grove regarding Plaintiff's job inquiry (5143-5145) |
| | 116 | | | | 11/14/01: Letter from City of Kenyon regarding Plaintiff's job inquiry (5146-5168) |
| | 117 | | | | 10/19/01: Letter from City of Woodbury regarding Plaintiff's job inquiry |
| | 118 | | | | 10/17/01: Letter from City of Goodhue regarding Plaintiff's job inquiry (5170-5174) |
| | 119 | | | | 10/23/01: Letter from Rehder & Associates regarding Plaintiff's job inquiry |
| | 120 | | | | 10/18/01: Letter from Metropolitan Council regarding Plaintiff's job inquiry (5178-5183) |
| | 121 | | | | Dover-Eyota Public Schools Application for Employment Form (5184-5187) |
| | 122 | | | | Public Works Active Positions as of 10/15/01 (5188-5216) |

| | | | | | |
|---|---|---|---|---|---|
| | 123 | | | | Minneapolis Civil Service Commission Rules: Rule 4: Job Classification (5217-5221) |
| | 124 | | | | Workers' Compensation Payments History for Plaintiff (5222-5228) |
| | 125 | | | | Back in Action Rehab medical records (5229-5298) |
| | 126 | | | | Workers' Compensation file No. 1 (00001-00327) |
| | 127 | | | | Workers' Compensation file No. 2 (00328-00706) |
| | 128 | | | | Workers' Compensation file No. 3 (00707-01672) |
| | 129 | | | | Workers' Compensation file No. 4 (01673-01986) |
| | 130 | | | | Workers' Compensation file No. 5 (01987-02651) |
| | 131 | | | | Job Log Audit Report (02652-02679) |
| | 132 | | | | J.P.P.A Analysis (02680-02982) |
| | 133 | | | | Workers' Compensation file (02983-03034) |
| | 134 | | | | Records from Frank Samlaska (Murphey 716-1271) |
| | 135 | | | | Veteran's Affairs Records (Murphey VA 1-239) |

| | | | | | |
|---|---|---|---|---|---|
| | 136 | | | | PERA Records (Murphey PERA 1-302) |
| | 137 | | | | Documents from Professional Associates of Rehabilitation, Inc. & Samlaska Rehab Services re: Progress report and job logs. A letter from Leider Employment Services requesting an appointment be made. (Murphey 1-135) |
| | 138 | | | | Letter to Robert Murphey from the city of Kenyon, dated 12/28/99 re: confirmation of interview, accompanied by Vacancy Announcement (Murphey 136-138) |
| | 139 | | | | Form letter to applicant from City of Cottage Grove, dated 02/01/00 re: applying for Building Inspection Intern accompanied by Job Posting (Murphey 139-140) |
| | 140 | | | | Letter to Robert Murphey, from Goodhue County, dated 03/22/00 re: the Public Works Waste Water Operator job is filled (Murphey 141) |
| | 141 | | | | Letter to Robert Murphey from Dover Schools, dated 03/28/00 re: the Elementary paraprofessional position has been filled. (Murphey 142) |
| | 142 | | | | Letter to Robert Murphey, from the City of Woodbury, dated 03/27/00 re: the need for a completed application before you can be considered for a job. Accompanied by the job posting for a Temporary Building Inspector (Murphey 143-146) |
| | 143 | | | | Letter to Robert Murphey from Mower County, dated 03/28/00 re: the application for the highway department cannot be considered because it is not accompanied |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | by a county application (Murphey 148-149) |
| | 144 | | | | 2 Letter to Robert Murphey, from Dakota County One saying that a county application is needed and the second is saying that the position is filled, along with a job posting for traffic technician II. |
| | 145 | | | | Letter to Robert Murphey, from Rehder & Associates, dated 04/07/00 re: receipt of letter no positions at company are available (Murphey 153) |
| | 146 | | | | Letter to Robert Murphey, from Bituminous Roadways, dated 04/12/00 re: the position at the company has been filled (Murphey 154) |
| | 147 | | | | Letter to Robert Murphey, from Maertens-Brenny Companies, dated 04/12/00 re: the position that was listed is not going to be filled (Murphey 155) |
| | 148 | | | | Letter to Robert Murphey, from Metropolitan Council, dated 04/27/00 re: the Contract Administrator position has been filled (Murphey 156) |
| | 149 | | | | MDHR & EEOC documents (Murphey 157-292) |
| | 150 | | | | Disability Insurance Policy (Murphey 293-295) |
| | 151 | | | | Income documents for Robert Murphey including, 1998 & 1999 tax returns, copies of City of Mpls check stubs & PERA information (Murphey 296-399) |

| | | | | | |
|---|---|---|---|---|---|
| | 152 | | | | Rule 24 (a)(1) Disclosures (Murphey 400-493) |
| | 153 | | | | EEOC Charge No. 265A00457 documents (Murphey 494-715) |
| | 154 | | | | Workers' Compensation Stipulation for Settlement (June 2002) |
| | 155 | | | | Workers Compensation documents after June 2002 |
| | 156 | | | | Mr. Murphey school transcript |
| | 157 | | | | Paving Test Aide I job description |
| | 158 | | | | Memo re: job opportunity for Mr. Murphey 04/28/83 |
| | 159 | | | | Dr Dowdle note to chart re: light duty assignments. 12/29/97 |
| | 160 | | | | Fax cover sheet re: the possibility of light duty jobs available for Mr. Murphey 12/17/97 |
| | 161 | | | | Dr. Dowdle letter re: restrictions of Robert Murphey. 11/12/97 |
| | 162 | | | | Fax cover sheet re: requesting Dr. Dowdle to review light duty job descriptions. 11/24/97 |
| | 163 | | | | Request for Michelle to look for light duty jobs for Robert Murphsy 11/12/97 |
| | 164 | | | | Report of Robert Murphey injuries from |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Dr. Dowdle. 11/10/97 |
| | 165 | | | | Email re: checking for jobs available to Robert Murphey with his restrictions. 11/04/97 |
| | 166 | | | | Functional Capacities Evaluation Summary Report 07/14 – 07/15/97 |
| | 167 | | | | Dr. Conlon letter of Robert Murphey's disabilities 05/19/97 |
| | 168 | | | | Dr. Conlon note for Robert Murphey re: weight restrictions. 05/14/97 |
| | 169 | | | | City of Minneapolis Supervisors Report of Injury 05/13/97 |
| | 170 | | | | Memo re: Computer classes for Robert Murphey 12/18/98 |
| | 171 | | | | PAR Report of Robert Murphey 12/14/98 |
| | 172 | | | | Memo re: the application of Robert Murphey application for Engineering Aide 1 12/10/98 |
| | 173 | | | | Memo re: Robert Murpheys inability to transfer into a higher grade job. 12/04/98 |
| | 174 | | | | Application of Robert Murphey for Engineering Aide I 11/23/98 |
| | 175 | | | | PAR Progress Report 11/11/98 |
| | 176 | | | | Memo re: WC conference for Robert Murphey 11/09/98 |

| | | | | | |
|---|---|---|---|---|---|
| | 177 | | | | Memo re: Robert Murpheys refusal to work 10/28/98 |
| | 178 | | | | Memo re: Robert Murphey refusing to do the job at Lands and Building. 10/14/98 |
| | 179 | | | | Memo re: Robert Murphey refusing to do light duty work 10/13/98 |
| | 180 | | | | PERSONNEL Action Form of Robert Murphey 10/13/98 |
| | 181 | | | | PERSONNEL Action Form of Robert Murphey 10/13/98 |
| | 182 | | | | Letter from Dr. Dowdle re: the janitorial assistant job appears to be appropriate for Robert Murphey 10/09/98 |
| | 183 | | | | Letter from Dr. Conlon re: 100% disability of Robert Murphey. 10/06/98 |
| | 184 | | | | Job Application of Engineering Aide I of James Steffel 10/02/98 |
| | 185 | | | | Memo re: Robert Murphey refusal to start in the RTW 09/08/98 |
| | 186 | | | | Letter from Mary Jauman re: expectation of the City for Robert Murphey to Return to Work 09/04/98 |
| | 187 | | | | Memo re: skill assessment for Robert Murphey 08/28/98 |
| | 188 | | | | Letter from Nancy Ross re: Robert Murpheys acceptance of the janitorial position as well as going into the job bank |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 08/27/98 |
| | 189 | | | | Letter from Mary Jauman re: Robert Murphey's willingness to accept job at Lands and Building. 08/25/98 |
| | 190 | | | | Handwritten notes re: Janitorial job duties 08/25/98 |
| | 191 | | | | Letter from Mary Jauman temporary job placement of Robert Murphey 08/10/98 |
| | 192 | | | | Speed message re: the functional capacity evaluation of Robert Murphey 08/04/98 |
| | 193 | | | | Email re: temporary replacement of Robert Murphey 08/10/98 |
| | 194 | | | | Email re: temporary replacement of Robert Murphey 08/10/98 |
| | 195 | | | | Email re: finding work for Robert Murphey within his restrictions. 08/06/98 |
| | 196 | | | | Email re: possible job fit for Robert Murphey 08/05/98 |
| | 197 | | | | Email re: looking for work for Robert Murphey 07/30/98 |
| | 198 | | | | Notes to File RTW/job bank Robert Murphey 07/30/98 |
| | 199 | | | | Email re: bringing Robert Murphey into the job bank 07/23/98 |
| | 200 | | | | Letter from Mary Jauman re: Robert Murphey's entry into the RTW/Job Bank |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | program. 07/23/98 |
| | 201 | | | | Public Works Safety Specialist job description 06/27/98 |
| | 202 | | | | Handwritten notes e: INTRO TO JOB SERACH 07/23/98 |
| | 203 | | | | PAR Progress Report 07/23/98 |
| | 204 | | | | Email re: bringing Robert Murphey into job bank 07/17/98 |
| | 205 | | | | Letter from Nancy Ross re: Robert Murphey entering th job bank or his employment will be terminated 06/29/98 |
| | 206 | | | | Memo re: Dr. Dowdle report of Robert Murphey 06/08/98 |
| | 207 | | | | Letter from Dr. Dowdle re: light duty work for Robert Murphey 06/01/98 |
| | 208 | | | | Email re: Robert Murphey working in cash management program 05/26/98 |
| | 209 | | | | Letter from Dr. Dowdle re: exam of Robert Murpehy 04/28/98 |
| | 210 | | | | Email re: report from Doctor re: Robert Murphey 04/22/98 |
| | 211 | | | | Email re: Robert Murphey not showing up for work in Finance 02/20/98 |
| | 212 | | | | Letter from Nancy Ross re: Robert Murphey needing to enter the RTW program or his employment will be |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | terminated. 02/03/98 |
| | 213 | | | | Letter from Nancy Ross re: vocational assessment of Robert Murphey 12/20/99 |
| | 214 | | | | Email re: current back difficulties of Robert Murphey 12/07/99 |
| | 215 | | | | Letter from Dr. Monsein re: Robert Murphey inability to work as an engineering aide. 12/03/99 |
| | 216 | | | | Email re: Robert Murpehy working on a permit basis. 11/16/99 |
| | 217 | | | | Samlaska Rehab Status Report 11/12/99 |
| | 218 | | | | Letter from Robert Murphey re: claim form to Doctor. 11/08/99 |
| | 219 | | | | Signed information sheet for temporary employees. |
| | 220 | | | | Letter from Aurelia Spann re: Job Bank 120 day Period 11/03/99 |
| | 221 | | | | Email re: Robert Murphey having run through his time in the job bank 11/03/99 |
| | 222 | | | | Email re: job qualifications for jobs for Robert Murphey. 11/03/99 |
| | 223 | | | | Email re: options for Robert Murphey for employment within the City. 10/25/99 |
| | 224 | | | | Letter from Thomas Mottaz re: a new QRC being assigned to Robert Murphey 10/18/99 |

| | | | | | |
|---|---|---|---|---|---|
| | 225 | | | | Handwritten notes re: meeting to discuss Robert Murphey 10/15/99 |
| | 226 | | | | Handwritten notes re: notes to new QRC re: Robert Murphey 10/15/99 |
| | 227 | | | | Email re: Setting up a meeting with Robert Murphey to discuss his termination with the City after his job bank time is up. 10/06/99 |
| | 228 | | | | Email re: Robert Murpheys time in the job bank 10/06/99 |
| | 229 | | | | Email re: setting up meeting time to discuss Robert Murphey 10/06/99 |
| | 230 | | | | Meeting Summary 10/01/99 |
| | 231 | | | | Chronic Pain Rehab Progress Note 09/28/99 |
| | 232 | | | | Memo re: vacant position customer service rep sent to Robert Murphey 09/23/99 |
| | 233 | | | | Summary of Meeting 09/21/99 |
| | 234 | | | | Letter re: application for Engineering Aide I 08/19/99 |
| | 235 | | | | Job Application for Engineering Aide I Robert Murphey 08/18/99 |
| | 236 | | | | Email re: Application for Engineering Aide I 08/03/99 |
| | 237 | | | | Handwritten notes 07/21/99 |

| | | | | | |
|---|---|---|---|---|---|
| | 238 | | | | Letter form Michelle Michurski re: Placement of Robert Murphey into job bank 07/05/99 |
| | 239 | | | | Letter from Michelle Michurski re: requesting Robert Murphey to attend meting 07/02/99 |
| | 240 | | | | Email re: Robert Murphey request for leave of absence. 06/25/99 |
| | 241 | | | | Email re: receipt of incomplete job application from Robert Murphey 06/15/99 |
| | 242 | | | | Email re: not meeting with Robert Murphey 06/10/99 |
| | 243 | | | | Email re: Robert Murphey starting his job bank assignment 06/10/99 |
| | 244 | | | | Job Application for Engineering Aide I of Robert Murphey 06/08/99 |
| | 245 | | | | Letter from Nancy Ross re: the identification of a temporary position for Robert Murphey 06/07/99 |
| | 246 | | | | Email re: List of duties for Robert Murphey 06/07/99 |
| | 247 | | | | Email re: List of duties for Robert Murphey 06/07/99 |
| | 248 | | | | Fax cover sheet re: attached job bank information 06/03/99 |
| | 249 | | | | Email re: sending job bank information to Robert Murphey attorney. 06/03/99 |

| | | | | | |
|---|---|---|---|---|---|
| | 250 | | | | Note from Mary Page re: a current list of City jobs open for application 06/01/99 |
| | 251 | | | | PAR letter 05/28/99 |
| | 252 | | | | PAR Progress Report 05/28/99 |
| | 253 | | | | Email re: Placement for Injured Worker 05/28/99 |
| | 254 | | | | Email re: Placement of Robert Murphey in Engineering Design 05/26/99 |
| | 255 | | | | Email re: Placement of Robert Murphey in Engineering Design 05/26/99 |
| | 256 | | | | Email re: Robert Murphey going into the job bank after he completes chronic pain program 05/20/99 |
| | 257 | | | | Stipulation of Settlement 05/18/99 |
| | 258 | | | | PAR Progress Report 05/13/99 |
| | 259 | | | | Medical report of Robert Murphey 04/20/99 |
| | 260 | | | | Letter form Nancy Ross re: Robert Murphey returning to work after he completes chronic pain program 04/14/99 |
| | 261 | | | | PAR Progress Report 04/13/99 |
| | 262 | | | | Fax cover sheet requesting whether Robert Murphey has reached maximum medical improvement. 04/07/99 |

| | | | | | |
|---|---|---|---|---|---|
| | 263 | | | | Letter from Dr. Monsein e: up to date report 03/26/99 |
| | 264 | | | | Email re: Robert Murphey will be discharged from pain program 03/24/99 |
| | 265 | | | | PAR Progress Report 03/15/99 |
| | 266 | | | | Email re: Robert Murphey RTW Program 03/10/99 |
| | 267 | | | | Work Injury Program Selected Functional Capacities Assessment Summary 02/24/99 |
| | 268 | | | | Selected Functional Capacities Evaluation 02/24/99 |
| | 269 | | | | Email re: Engineering Aide I 02/22/99 |
| | 270 | | | | Email re: Engineering Aide I 02/18/99 |
| | 271 | | | | Job Application Engineering Aide I for Antoniette Duffin 02/04/99 |
| | 272 | | | | Email re: Word Class for Robert Murphey 02/01/99 |
| | 273 | | | | Email re: Robert Murphey exploring work in Engineering Aide area 01/29/99 |
| | 274 | | | | Email re: Robert Murphey taking computer classes 01/08/99 |
| | 275 | | | | Award of Stipulation 01/15/99 |
| | 276 | | | | Application for Continuation of Total and Permanent Disability Benefits for Robert |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Murphey 10/18/00 |
| | 277 | | | | Chronic Pain Rehab Progress Note 07/27/00 |
| | 278 | | | | Letter from Thomas Mottaz re: Continuation of benefits for Robert Murphey 06/08/00 |
| | 279 | | | | Decision and Order from Department of Labor 05/24/00 |
| | 280 | | | | Letter from Carol Bachun re: Supplemental Response. 05/18/00 |
| | 281 | | | | Memo re: End Date of Robert Murphey 04/24/00 |
| | 282 | | | | On-Site Job Analysis 03/10/00 |
| | 283 | | | | Samlaska Rehab Job Placement Plan and Agreement 02/28/00 |
| | 284 | | | | NOVAEON Labor Market Research 03/21/00 |
| | 285 | | | | NOVAEON Report 02/10/00 |
| | 286 | | | | Rehab Plan Amendment 02/07/00 |
| | 287 | | | | MDH Letter re: Medical Opinion re: granting of or continuation of total and permanent disability benefits. 05/05/01 |
| | 288 | | | | Chronic Pain Rehab Progress Note 08/29/02 |

| | | | | | |
|---|---|---|---|---|---|
| | 289 | | | | Chronic Pain Rehab Progress Note 08/14/03 |
| | 290 | | | | Job Opening for Engineering Aide I exam |
| | 291 | | | | Job Description for Engineering Aide I (Amended) |
| | 292 | | | | City of Minneapolis Return to Work Policy |
| | 293 | | | | Workers' Comp Payments 11/03/99 – 08/31/01 |
| | 294 | | | | PERA's Calculations of Benefits by Patricia Kappelhoff 03/21/05 |
| | 295 | | | | |
| | 296 | | | | |
| | 297 | | | | |
| | 298 | | | | |
| | 299 | | | | |
| | 300 | | | | |

All exhibits needed for impeachment or rebuttal.

All exhibits attached to any affidavit or deposition submitted to this court in this matter.

All exhibits identified by any other parties