***UNITED STATES DISTRICT COURT***

----------------------- DISTRICT OF MINNESOTA-----------------

Robert K. Murphey, Jr. v. City of Minneapolis

DEFENDANT'S DEPOSITION TESTMONY LIST

CASE NUMBER: 01-10 JNE/JGL

| **NAMES OF DEPONENT** | **DESCRIPTION OF USE OF DEPOSITION TESTIMONY** |
|---|---|
| Robert Murphey | Pursuant to Fed. R. Civ. Proc. 32(a)(1), the deposition transcript may be used for the purpose of contradicting or impeaching the testimony of the deponent or witness or for any purpose permitted under the Federal Rules of Evidence. Defendant does not anticipate using the deposition as testimony in lieu of a live witness. Defendant reserves the right to object to Plaintiff's use of this deposition transcript pursuant to L.R. 39.1(b)(1)(D). |
| Mary Page (f/k/a) Mary Jauman | Pursuant to Fed. R. Civ. Proc. 32(a)(1), the deposition transcript may be used for the purpose of contradicting or impeaching the testimony of the deponent or witness or for any purpose permitted under the Federal Rules of Evidence. Defendant does not anticipate using the deposition as testimony in lieu of a live witness. Defendant reserves the right to object to Plaintiff's use of this deposition transcript pursuant to L.R. 39.1(b)(1)(D). |
| Frank D. Samlaska | Pursuant to Fed. R. Civ. Proc. 32(a)(1), the deposition transcript may be used for the purpose of contradicting or impeaching the testimony of the deponent or witness or for any purpose permitted under the Federal Rules of Evidence. Defendant does not anticipate using the deposition as testimony in lieu of a live witness. Defendant reserves the right to object to Plaintiff's use of this deposition transcript pursuant to L.R. 39.1(b)(1)(D). |
| Nancy Ross | Pursuant to Fed. R. Civ. Proc. 32(a)(1), the deposition transcript may be used for the purpose of contradicting or impeaching the testimony of the deponent or witness or for any purpose permitted under the Federal Rules of Evidence. Defendant does not anticipate using the deposition as testimony in lieu of a live witness. Defendant reserves the right to object to Plaintiff's use of this deposition transcript pursuant to L.R. 39.1(b)(1)(D). |
| Aurelia Spann | Pursuant to Fed. R. Civ. Proc. 32(a)(1), the deposition transcript may be used for the purpose of contradicting or impeaching the testimony of the deponent or witness or for any purpose permitted under the Federal Rules of Evidence. Defendant does not anticipate using the deposition as testimony in lieu of a live witness. Defendant reserves the right to object to Plaintiff's use of this deposition transcript pursuant to L.R. 39.1(b)(1)(D). |
| Edward Backstrom | Pursuant to Fed. R. Civ. Proc. 32(a)(1), the deposition transcript may be |

| | |
|---|---|
| | used for the purpose of contradicting or impeaching the testimony of the deponent or witness or for any purpose permitted under the Federal Rules of Evidence. Defendant does not anticipate using the deposition as testimony in lieu of a live witness. Defendant reserves the right to object to Plaintiff's use of this deposition transcript pursuant to L.R. 39.1(b)(1)(D). |
| | |

.