**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Robert K. Murphey, Jr.,**

**Plaintiff,**

**vs.**

**City of Minneapolis,**

**Defendant.**

**Case No.: 01-10 JNE/JGL**

**DEFENDANT'S SPECIAL VERDICT FORM**

---

Members of the Jury:

Do you find from a preponderance of the evidence:

1. That plaintiff _______ had a "disability," as defined in these instructions?

Answer Yes or No _______

2. That plaintiff _______ was a "qualified individual," as defined in these instructions?

Answer Yes or No _______

3. That plaintiff _______ was discharged from employment by defendant City of Minneapolis?

Answer Yes or No _______

4. That plaintiff's disability was a substantial or motivating factor that prompted defendant City of Minneapolis to take that action?

Answer Yes or No _______

*Note*: If you answered "No" to any of the preceding questions you need not answer the remaining questions.

5. That plaintiff Robert Murphey should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No _______

If your answer is Yes, in what amount? $_______

*Note*: If you filled in a dollar amount in Question 5 you need to answer Questions 6 and 7.

6. That Plaintiff received earnings from sources other than defendant City of Minneapolis to the date of trial?

Answer Yes or No _______

If your answer is Yes, by what amount should the damages to compensate for a net loss of wages and benefits to the date of trial be reduced? $_______

7. That Plaintiff reasonably failed to mitigate damages to compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No _______

If your answer is Yes, by what amount should the damages to compensate for a net loss of wages and benefits to the date of trial be reduced? $_______

8. That plaintiff Robert Murphey should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _______

If your answer is "Yes," in what amount? $_______

9. That plaintiff Robert Murphey should be awarded damages to compensate for front pay, reduced to its present value?

Answer Yes or No _______

If your answer is "Yes," in what amount? $_______

*Note*: If you filled in a dollar amount in Question 9 you need to answer Questions 10 and 11.

10. That Plaintiff will receive earnings from sources other than defendant City of Minneapolis after the date of trial?

Answer Yes or No _______

If your answer is Yes, by what amount should the damages to compensate for front pay be reduced? $_______

11. That Plaintiff reasonably failed to mitigate damages to compensate for a front pay?

Answer Yes or No _______

If your answer is Yes, by what amount should the damages to compensate for front pay be reduced? $_______

______________________________
Foreperson

Dated: _____, 2005
Time: _____ a.m./p.m. (circle one)