**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Robert K. Murphey, Jr.**

**Plaintiff,**

**vs.**

**City of Minneapolis,**

**Defendant.**

**Court File No.: 01-CV-10 (JNE/JGL)**

**VOIR DIRE QUESTIONS**

---

1. What is your occupation? How long have you held this position?

2. What is your educational background?

3. What is your marital status? Is your spouse employed? If so, what is his or her position and how long has he/she been in that position?

4. Do you have children? If so, what are their ages (and occupations)?

5. For what types of employers have you worked? Do you consider them to be large or small companies or businesses?

6. Have you ever worked for the government?

7. Have you, or have any of your friends or relatives, ever been employed by the City of Minneapolis? If so, has that person indicated having any problems with the City of Minneapolis?

8. Have you ever managed or supervised another person? If so, how many people? Have you ever terminated a person from a position of employment?

9. Have you ever been terminated from a position of employment or forced to resign?

10. Have you been involved as a party in other lawsuits?

11. Have you ever worked for someone or a company or business that you felt treated you or another employee unfairly? If so, what were the circumstances?

12. Have any of your friends or relatives claimed to have experienced unfair treatment at the hands of their employer?

13. Have you ever known of a case where discrimination was claimed by a person but where you didn't think discrimination had really occurred?

14. Have you or any friends or relatives ever had a work-related injury that resulted in lost time from work?

15. Have you or any friends or relatives ever had a work-related injury that resulted in loss of a job?

16. Have you or any friends or relatives ever had an injury that was not work-related that resulted in lost time from work?

17. Have you or any friends or relatives ever had an injury that was not work-related that resulted in loss of a job?

18. Do you have any experience writing or negotiating employee rules, or manuals? If so, describe that experience.

Dated: March 25, 2005

JAY HEFFERN
City Attorney
By

s/Caroline M. Bachun
CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No. 024370x
Assistant City Attorney
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2754