***UNITED STATES DISTRICT COURT***
----------------------- DISTRICT OF MINNESOTA-----------------

Robert K. Murphey, Jr. v. City of Minneapolis

DEFENDANT'S WITNESS LIST

CASE NUMBER: 01-10 JNE/JGL

| | | |
|---|---|---|
| PRESIDING JUDGE<br><br>Joan N. Ericksen | PLAINTIFF'S ATTORNEY<br><br>James Ryan | DEFENDANT'S ATTORNEY<br><br>Caroline M. Bachun |
| TRIAL DATE(S)<br><br>April 5, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| **PARTY** | **NAMES OF WITNESSES** | **DESCRIPTION OF WITNESSES** |
|---|---|---|
| Plaintiff | Robert Murphey | |
| Witness | Mary Page (f/n/a) Mary Jauman | Human Resources Senior Consultant for Pubic Works, found light duty work, and searched for a permanent job for Plaintiff |
| Witness | Frank D. Samlaska | Qualified Rehabilitation Consultant for Plaintiff as of 9/2/99. Conducted assessment of Plaintiff and was involved in creating a vocational rehabilitation plan. Samlaska also completed an On-Site Job Analysis on March 10, 2000 regarding the Civil Engineering Technician position. |
| Witness | Nancy Ross | Workers' Compensation Claims Coordinator for Plaintiff. Had meetings and conversations with Plaintiff's QRC and Mary Page. |
| Witness | Aurelia Spann | Advised Plaintiff in a November 3, 1999 letter that he was being released from City service |
| Witness | Edward Backstrom | Assistant Minneapolis City Attorney. Attended meeting in October 1999. |
| Witness | Kate Schrot | Novaen. Met with Plaintiff in spring 2000 for an interview and vocational testing. Provided opinion that retraining proposed by Samlaska was not necessary |
| Witness | John Richardson | QRC for Plaintiff |
| | Dr. John Dowdle | Determined Plaintiff had reached Maximum Medical Improvement on June 1, 1998 |
| Witness | Dr. Daniel Conlon | Reviewed Finance Department position and determined work was appropriate for Plaintiff. On October 6, 1998, he stated janitorial duties were forbidden |

| | | |
|---|---|---|
| Witness | Stephen Hahn | QRC for Plaintiff |
| Witness | Lasamy Mila | Return to Work Coordinator while Plaintiff was in Job Bank Progam |
| Witness | Don Carriger | Plaintiff's Supervisor while working light janitorial duties |
| Witness | Gary Hargreaves | Plaintiff's supervisor while working light janitorial duties |
| Witness | Marlys Hopkins | Employee of Corvell, City's manage care program, and provided services to Plaintiff |
| Witness | Dr. Matthew Monsein | Worked with Plaintiff in the Chronic Pain Program |
| Witness | Pam French | Human Resources employee involved in compiling weekly job openings |
| Witness | Brad Henry | Engineer III, supervised Plaintiff while Plaintiff was performing duties of Engineering Aide I |
| Witness | Tara Mugane | Supervised Plaintiff while in Job Bank and performing duties of Engineering Aide I |
| Witness | Lisa Cerney | Supervised Plaintiff while in Job Bank and performing duties of Engineering Aide I |
| Witness | Mike Sachi | In charge of Parking Ramps and Repair. Knows availability and titles of painting positions related to parking ramps |
| Witness | Larry Matsumoto | Supervisor in Public Works Department, Field Services Division, Paving Construction Section. He is familiar with the duties of a Laborer in Paving Construction |
| Witness | Katherine O' Neil | Job Bank Coordinator while Plaintiff was in the Job Bank |
| Witness | Michelle Michurski | Human Resources Associate of Public Works. Notified Plaintiff of getting in the Job Bank |
| Witness | Jan Garber | Had minor role in bringing Plaintiff into Job Bank |
| Witness | Peggy Ninow | OTR Performed functional Capacities Evaluation of Plaintiff on 7/14 and 7/15/97 |
| Witness | Dr. John Hung | Met with Plaintiff on 11/19/98, for a psychological consultation |
| Witness | Roxanne Scheller | Involved in the review of applications for the Engineering Aide I and Customer Service Representative I positions |
| Witness | Gus Hallenberg | OTR Performed a Functional Capacities Test on Plaintiff on 2/24/99 |
| Witness | Mike Anderson | Intern with John Richardson, of PAR. Attended 9/21/99 meeting regarding Plaintiff |
| Witness | Robert Etzioni | Return to Work Coordinator. Attended meeting of 9/21/99 regarding Plaintiff |
| Witness | Don Elwood | Discussed Plaintiff's work status with Mugane and |

| | | |
|---|---|---|
| | | Henry |
| Witness | Kate Schrot | Performed services for Workers' Compensation, such as a job analysis for Plaintiff |
| Witness | Patricia Kappelhoff | Pension Analyst Coordinator for PERA who had knowledge of PERA benefits |
| Witness | Allen Eldridge | Veteran's Administration employee who will say that the disability payments from 9/1/01 are permanent and will be payable for Plaintiff's life |

Defendant reserves the right to call witnesses listed by Plaintiff

Defendant reserves the right to call foundation and rebuttal witnesses as necessary.