Copy

**DEPARTMENT OF VETERANS AFFAIRS**
**BISHOP HENRY WHIPPLE FEDERAL BUILDING**
**1 FEDERAL DRIVE**
**ST PAUL MN 55111**

**Robert K. Murphey**

**VA File Number**
**25 789 517**

**Represented by:**
**DISABLED AMERICAN VETERANS**

**Rating Decision**
**November 6, 2003**

## INTRODUCTION

The records reflect that you are a veteran of the Vietnam Era. You served in the Marine Corps from September 12, 1967 to February 24, 1970. You filed a claim for increased evaluation that was received on May 19, 2003. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1 . Evaluation of post traumatic stress disorder, which is currently 70 percent disabling, is continued.

2 . Evaluation of bilateral hearing loss, which is currently 0 percent disabling, is continued.

3 . Evaluation of tinnitus, which is currently 10 percent disabling, is continued.

4 . Entitlement to individual unemployability is granted effective August 30, 2001.

5 . Basic eligibility to Dependents' Educational Assistance is established from September 30, 2003

## EVIDENCE

- Treatment Reports, Minneapolis VA Medical Center, from December 17, 2001 through July 9, 2003
- VA Form 21-4138, Statement in Support of Claim from you received May 21, 2003
- VA Form 21-8940, Veteran's Application for Increased Compensation Based on Unemployability dated August 1, 2003; dated January 17, 2003
- A letter dated July 19, 2003, advised you of the VA's duty to assist, and requested any additional evidence you might have.
- VA Examination, Minneapolis VA Medical Center, dated September 3 and September 30, 2003

## REASONS FOR DECISION

**1. Evaluation of post traumatic stress disorder currently evaluated as 70 percent disabling.**

The evaluation of post traumatic stress disorder is continued as 70 percent disabling. This evaluation was previously assigned from August 30, 2001. The medical evidence reveals that you have prominent depressive features associated with your post-traumatic stress disorder. You presented with a depressed affect, describing great difficulty with sleeping due to war related nightmares and sweats which occur nightly. Records from St. Cloud VA Medical Center also confirm that you have needed recurring treatment and therapy for chronic and severe symptoms of nightmares, extreme hypervigilance and avoidance tendencies. It is held from the evidence presented that you continue to have impairment of occupational and social function that affects nearly all aspects of your life.

An evaluation of 70 percent is assigned for occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking, or mood, due to such symptoms as: suicidal ideation; obsessional rituals which interfere with routine activities; speech intermittently illogical, obscure, or irrelevant; near-continuous panic or depression affecting the ability to function independently, appropriately and effectively; impaired impulse control (such as unprovoked irritability with periods of violence); spatial disorientation; neglect of personal appearance and hygiene; difficulty in adapting to stressful circumstances (including work or a worklike setting); inability to establish and maintain effective relationships. A higher evaluation of

Copy



100 percent is not warranted unless there is total occupational and social impairment due to such symptoms as: gross impairment in thought processes or communication; persistent delusions or hallucinations; grossly inappropriate behavior; persistent danger of hurting self or others; intermittent inability to perform activities of daily living (including maintenance of minimal personal hygiene); disorientation to time or place; memory loss for names of close relatives, own occupation, or own name.

**2. Evaluation of bilateral hearing loss currently evaluated as 0 percent disabling.**

The evaluation of bilateral hearing loss is continued as 0 percent disabling.

An evaluation of 0 percent was previously assigned from February 25, 1970. This evaluation of your hearing loss is based on objective testing obtained from the VA audiometric examination. It reveals that you have speech discrimination of 88 percent in the left ear, 82 percent in the right. Decibel (dB) loss at the puretone threshold of 1000 Hertz (Hz) is 25, with a 25 dB loss at 2000 Hz, a 70 dB loss at 3000 Hz, and a 80 dB loss at 4000 Hz. The average decibel loss is 50 in the left ear. In the right car, decibel loss (dB) at 1000 Hertz is 20 dB, with a 20 dB loss at 2000, a 60 dB loss at 3000, and a 70 dB loss at 4000. The average decibel loss for the right ear is 43. From Table VI of 38 CFR 4.85, Roman Numeral III is determined for the right ear. A 0 percent evaluation is derived by inserting this data in the appropriate tables of the VA Rating Schedule.

Higher disability evaluations will be assigned for more severe levels of hearing impairment.

**3. Evaluation of tinnitus currently evaluated as 10 percent disabling.**

The evaluation of tinnitus is continued as 10 percent disabling. This is because the medical evidence shows that a constant bilateral tinnitus continues to be present.

An evaluation of 10 percent is granted for recurrent tinnitus. This is the maximum evaluation provided by the VA Rating Schedule for this condition. These percentage standards are set aside only in exceptional cases where there is an unusual factor of disability rendering the veteran unable to secure or follow a substantially gainful occupation. Such cases are submitted to the Director of the Compensation and Pension Service for extra-scheduler consideration. This case has not been submitted for extra-scheduler consideration because there are no exceptional factors or circumstances associated with the veteran's disablement.

Copy



**4. Entitlement to individual unemployability.**

VA regulations provide that total disability based on individual unemployability may be granted where there is one disability evaluated as 60 percent disabling, or two or more disabilities, one of which is 40 percent with a combined evaluation of 70 percent or more. You are eligible for this additional consideration because you are rated 70 percent disabled due to your post-traumatic stress disorder.

Entitlement to individual unemployability is granted because you are unable to secure or follow a substantially gainful occupation as a result of your service-connected disabilities. You have reported that you were last gainfully employed as a construction laborer for the City of Minneapolis in November, 1999, where you had been employed for nearly 30 years. You attempted retraining but that you did not complete it being unable to cope with the stress that it created. In your application of January 17, 2003, you stated that you are unable to do anything much less working because of the severe psychiatric symptoms associated with your post-traumatic stress disorder. You do have a non-service related back disability that is also a factor in your unemployability but the benefit of the doubt is given in holding that your service connected mental disability of itself will prevent you from following further substantially gainful employment.

An application for this additional entitlement was initially received on February 1, 2003, which has not previously been considered. As that claim was received within one year of your notification of the decision granting a 70 percent evaluation for your post-traumatic stress disorder, the original claim receipt date is still applicable. Your claim was received on August 30, 2001. As you have been continuously unemployed since prior to that date it will be the effective date for this additional entitlement.

**5. Eligibility to Dependents' Educational Assistance under 38 U.S.C. Chapter 35.**

Eligibility to Dependents' Educational Assistance is derived from a veteran who was discharged under other than dishonorable conditions; and, has a permanent and total service-connected disability; or a permanent and total disability was in existence at the time of death; or the veteran died as a result of a service-connected disability. Also, eligibility exists for a service person who died in service. Finally, eligibility can be derived from a service member who, as a member of the armed forces on active duty, has been listed for more than 90 days as: missing in action; captured in line of duty by a hostile force; or forcibly detained or interned in line of duty by a foreign government or power.

This eligibility is established because you are now considered permanently and totally disabled due to individual unemployability. It will be effective from September 30, 2003,

Copy



the date of the VA examination from which your permanent and total disability was established.

**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.