City of Minneapolis
Workers' Compensation Administration

3/25/2005

Payments History for 97-00488, MURPHEY, ROBERT K

| Pmt Dt | Type | Payment | Payee | SSN/TIN | Description | Lost Time | Comp Rate | Begin Dt | End Dt | Payment | Lost Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2000 | 101 | 3363.98 | MURPHEY, ROBERT K | 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 | TTD 12/5/99-2/11/2000. | 50 | 448.53 | 12/5/1999 | 2/11/2000 | 3363.98 | 50 |
| 3/10/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 02/14/2000-02/26/2000. WH/ATTY. | 10 | 448.53 | 2/14/2000 | 2/26/2000 | 717.66 | 10 |
| 3/24/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 02/27/2000-03/11/2000. WH/ATTY. | 10 | 448.53 | 2/27/2000 | 3/11/2000 | 717.66 | 10 |
| 4/7/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 03/12/2000-03/25/2000. WH/ATTY. | 10 | 448.53 | 3/12/2000 | 3/25/2000 | 717.66 | 10 |
| 4/21/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 03/26/2000-04/08/2000. WH/ATTY. | 10 | 448.53 | 3/26/2000 | 4/8/2000 | 717.66 | 10 |
| 5/5/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 04/09/2000-04/22/2000. WH/ATTY. | 10 | 448.53 | 4/9/2000 | 4/22/2000 | 717.66 | 10 |
| 5/19/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 04/23/2000-05/06/2000. WH/ATTY. | 10 | 448.53 | 4/23/2000 | 5/6/2000 | 717.66 | 10 |
| 6/2/2000 | 101 | 717.66 | MURPHEY, ROBERT K | 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 | TTD 05/07/2000-05/20/2000. WH/ATTY. | 10 | 448.53 | 5/7/2000 | 5/20/2000 | 717.66 | 10 |
| 6/16/2000 | 101 | 430.60 | MURPHEY, ROBERT K | 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 | TTD 05/21/2000-05/29/2000. WH/ATTY. | 6 | 448.53 | 5/21/2000 | 5/29/2000 | 430.60 | 6 |
| 7/28/2000 | 101 | 2440.00 | MURPHEY, ROBERT K | 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 | TTD 5/30-7/14/00. WH/ATTY. | 34 | 448.53 | 5/30/2000 | 7/14/2000 | 2440.00 | 34 |
| 8/11/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 07/15/2000-07/29/2000. WH/ATTY. | 10 | 448.53 | 7/15/2000 | 7/29/2000 | 717.64 | 10 |
| 8/25/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 07/30/2000-08/12/2000. WH/ATTY. | 10 | 448.53 | 7/30/2000 | 8/12/2000 | 717.64 | 10 |
| 9/8/2000 | 101 | 6167.33 | MOTTAZ, THOMAS D | 41-1638418 | ATTY FEES PREV W/H-PER AWARD S&F 8/2 | 0 | 448.53 | | | 6167.33 | 0 |
| 9/8/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 08/13/2000-08/26/2000. WH/ATTY. | 10 | 448.53 | 8/13/2000 | 8/26/2000 | 717.64 | 10 |
| 9/22/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 08/27/2000-09/09/2000. WH/ATTY. | 10 | 448.53 | 8/27/2000 | 9/9/2000 | 717.64 | 10 |
| 9/22/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 08/27/2000 - 09/09/2000. | 0 | 448.53 | 8/27/2000 | 9/9/2000 | 179.42 | 0 |
| 10/6/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 09/10/2000-09/23/2000. WH/ATTY. | 10 | 448.53 | 9/10/2000 | 9/23/2000 | 717.64 | 10 |
| 10/6/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 09/10/2000 - 09/23/2000. | 0 | 448.53 | 9/10/2000 | 9/23/2000 | 179.42 | 0 |
| 10/20/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 09/24/2000-10/07/2000. WH/ATTY. | 10 | 448.53 | 9/24/2000 | 10/7/2000 | 717.64 | 10 |
| 10/20/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 09/24/2000 - 10/07/2000. | 0 | 448.53 | 9/24/2000 | 10/7/2000 | 179.42 | 0 |
| 11/3/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 10/08/2000-10/21/2000. WH/ATTY. | 10 | 448.53 | 10/8/2000 | 10/21/2000 | 717.64 | 10 |
| 11/3/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 10/08/2000 - 10/21/2000. | 0 | 448.53 | 10/8/2000 | 10/21/2000 | 179.42 | 0 |

City of Minneapolis
Workers' Compensation Administration

3/25/2005

Payments History for 97-00488, MURPHEY, ROBERT K

| Pmt Dt | Type | Payment | Payee | SSN/TIN | Description | Lost Time | Comp Rate | Begin Dt | End Dt | Payment | Lost Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 10/22/2000-11/04/2000. WH/ATTY. | 10 | 448.53 | | | | |
| 11/17/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 10/22/2000 - 11/04/2000. | 0 | 448.53 | 10/22/2000 | 11/4/2000 | 717.64 | 10 |
| 12/1/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 11/05/2000-11/18/2000. WH/ATTY. | 10 | 448.53 | 10/22/2000 | 11/4/2000 | 179.42 | 0 |
| 12/1/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 11/05/2000 - 11/18/2000. | 0 | 448.53 | 11/5/2000 | 11/18/2000 | 717.64 | 10 |
| 12/15/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 11/19/2000-12/02/2000. WH/ATTY. | 10 | 448.53 | 11/5/2000 | 11/18/2000 | 179.42 | 0 |
| 12/15/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 11/19/2000 - 12/02/2000. | 0 | 448.53 | 11/19/2000 | 12/2/2000 | 717.64 | 10 |
| 12/29/2000 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 12/03/2000-12/16/2000. WH/ATTY. | 10 | 448.53 | 11/19/2000 | 12/2/2000 | 179.42 | 0 |
| 12/29/2000 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 12/03/2000 - 12/16/2000. | 0 | 448.53 | 12/3/2000 | 12/16/2000 | 717.64 | 10 |
| 1/12/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 12/17/2000-12/30/2000. WH/ATTY. | 10 | 448.53 | 12/3/2000 | 12/16/2000 | 179.42 | 0 |
| 1/12/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 12/17/2000 - 12/30/2000. | 0 | 448.53 | 12/17/2000 | 12/30/2000 | 717.64 | 10 |
| 1/26/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 12/31/2000-01/13/2001. WH/ATTY. | 10 | 448.53 | 12/17/2000 | 12/30/2000 | 179.42 | 0 |
| 1/26/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 12/31/2000 - 01/13/2001. | 0 | 448.53 | 12/31/2000 | 1/13/2001 | 717.64 | 10 |
| 2/9/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 01/14/2001-01/27/2001. WH/ATTY. | 10 | 448.53 | 12/31/2000 | 1/13/2001 | 179.42 | 0 |
| 2/9/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 01/14/2001 - 01/27/2001. | 0 | 448.53 | 1/14/2001 | 1/27/2001 | 717.64 | 10 |
| 2/23/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 01/28/2001-02/10/2001. WH/ATTY. | 10 | 448.53 | 1/14/2001 | 1/27/2001 | 179.42 | 0 |
| 2/23/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 01/28/2001 - 02/10/2001. | 0 | 448.53 | 1/28/2001 | 2/10/2001 | 717.64 | 10 |
| 3/9/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 02/11/2001-02/24/2001. WH/ATTY. | 10 | 448.53 | 1/28/2001 | 2/10/2001 | 179.42 | 0 |
| 3/9/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 02/11/2001 - 02/24/2001. | 0 | 448.53 | 2/11/2001 | 2/24/2001 | 717.64 | 10 |
| 3/23/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 02/25/2001-03/10/2001. WH/ATTY. | 10 | 448.53 | 2/11/2001 | 2/24/2001 | 179.42 | 0 |
| 3/23/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 02/25/2001 - 03/10/2001. | 0 | 448.53 | | | | |
| 4/6/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 03/11/2001-03/24/2001. WH/ATTY. | 10 | 448.53 | | | | |
| 4/6/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 03/11/2001 - 03/24/2001. | 0 | 448.53 | | | | |
| 4/26/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 03/25/2001-04/07/2001. WH/ATTY. | 10 | 448.53 | | | | |
| 4/26/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 03/25/2001 - 04/07/2001. | 0 | 448.53 | | | | |

# City of Minneapolis
# Workers' Compensation Administration

3/25/2005

Payments History for 97-00488, MURPHEY, ROBERT K

| Pmt Dt | Type | Payment | Payee | SSN/TIN | Description | Lost Time | Comp Rate |
|---|---|---|---|---|---|---|---|
| 5/4/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 04/08/2001-04/21/2001. WH/ATTY. | 10 | 448.53 |
| 5/4/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 04/08/2001 - 04/21/2001. | 0 | 448.53 |
| 5/18/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 04/22/2001-05/05/2001. WH/ATTY. | 10 | 448.53 |
| 5/18/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 04/22/2001 - 05/05/2001. | 0 | 448.53 |
| 6/1/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 05/06/2001-05/19/2001. WH/ATTY. | 10 | 448.53 |
| 6/1/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 05/06/2001 - 05/19/2001. | 0 | 448.53 |
| 6/15/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 05/20/2001-06/02/2001. WH/ATTY. | 10 | 448.53 |
| 6/15/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 05/20/2001 - 06/02/2001. | 0 | 448.53 |
| 6/29/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 06/03/2001-06/16/2001. WH/ATTY. | 10 | 448.53 |
| 6/29/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 06/03/2001 - 06/16/2001. | 10 | 448.53 |
| 7/13/2001 | 101 | 50.56 | MURPHEY, ROBERT K | 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 | TTD 5/13-6/30/01. BACKPAY. | 0 | 448.53 |
| 7/13/2001 | 101 | 12.53 | MOTTAZ, THOMAS D | 41-1638418. | ATTY FEES 5/13-6/30/01. BACK PAY. | 0 | 448.53 |
| 7/13/2001 | 101 | 717.64 | MURPHEY, ROBERT K | 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 | TTD 06/17/2001-06/30/2001. WH/ATTY. | 10 | 448.53 |
| 7/13/2001 | 101 | 179.42 | MOTTAZ, THOMAS | 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 | ATTY FEES 06/17/2001 - 06/30/2001. | 0 | 448.53 |
| 7/27/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 07/01/2001-07/14/2001. WH/ATTY. | 10 | 448.53 |
| 7/27/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 07/01/2001 - 07/14/2001. | 0 | 448.53 |
| 8/10/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 07/15/2001-07/28/2001. WH/ATTY. | 10 | 448.53 |
| 8/10/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 07/15/2001 - 07/28/2001. | 0 | 448.53 |
| 8/24/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 07/29/2001-08/11/2001. WH/ATTY. | 10 | 448.53 |
| 8/24/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 07/29/2001 - 08/11/2001. | 0 | 448.53 |
| 9/7/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 08/12/2001-08/25/2001. WH/ATTY. | 10 | 448.53 |
| 9/7/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 08/12/2001 - 08/25/2001. | 0 | 448.53 |

| Begin Dt | End Dt | Payment | Lost Time |
|---|---|---|---|
| 4/22/2001 | 5/5/2001 | 717.64 | 10 |
| 4/22/2001 | 5/5/2001 | 179.42 | 0 |
| 5/6/2001 | 5/19/2001 | 717.64 | 10 |
| 5/6/2001 | 5/19/2001 | 179.42 | 0 |
| 5/6/2001 | 5/19/2001 | 717.64 | 10 |
| 5/6/2001 | 5/19/2001 | 179.42 | 0 |
| 6/3/2001 | 6/16/2001 | 717.64 | 10 |
| 6/3/2001 | 6/16/2001 | 179.42 | 10 |
| 5/13/2001 | 6/30/2001 | 50.56 | 0 |
| 12/30/1899 | 12/30/1899 | 12.53 | 0 |
| 6/17/2001 | 6/30/2001 | 717.64 | 10 |
| 6/17/2001 | 6/30/2001 | 179.42 | 0 |
| 7/1/2001 | 7/14/2001 | 732.00 | 10 |
| 7/1/2001 | 7/14/2001 | 183.00 | 0 |
| 7/15/2001 | 7/28/2001 | 732.00 | 10 |
| 7/15/2001 | 7/28/2001 | 183.00 | 0 |
| 7/29/2001 | 8/11/2001 | 732.00 | 10 |
| 7/29/2001 | 8/11/2001 | 183.00 | 0 |
| 8/12/2001 | 8/25/2001 | 732.00 | 10 |
| 8/12/2001 | 8/25/2001 | 183.00 | 0 |

# City of Minneapolis
## Workers' Compensation Administration

3/25/2005

Payments History for 97-00488, MURPHEY, ROBERT K

| Pmt Dt | Type | Payment | Payee | SSN/TIN | Description | Lost Time | Comp Rate |
|---|---|---|---|---|---|---|---|
| 9/21/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 08/26/2001-09/08/2001. WH/ATTY. | 10 | 448.53 |
| 9/21/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 08/26/2001 - 09/08/2001. | 0 | 448.53 |
| 10/5/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 09/09/2001-09/22/2001. WH/ATTY. | 10 | 448.53 |
| 10/10/2001 | 101 | 0.00 | MOTTAZ, THOMAS D | 41-1638418. | ATTY FEES 09/09/2001 - 09/22/2001. | 0 | 448.53 |
| 10/5/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 09/09/2001 - 09/22/2001. | 0 | 448.53 |
| 10/19/2001 | 101 | 732.00 | MURPHEY, ROBERT K | 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 | TTD 09/23/2001-10/06/2001. WH/ATTY. | 10 | 448.53 |
| 10/19/2001 | 101 | 183.00 | MOTTAZ, THOMAS | 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 | ATTY FEES 09/23/2001 - 10/06/2001. | 0 | 448.53 |
| 11/5/1999 | 102 | 317.40 | MURPHEY, ROBERT K | 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 | TPD 10/10-10/23/99. WH/ATTY. | 0 | 448.53 |
| 11/19/1999 | 102 | 317.40 | MURPHEY, ROBERT K | 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 | TPD 10/24-11/6/99. WH/ATTY. | 0 | 448.53 |
| 12/3/1999 | 102 | 41.69 | MURPHEY, ROBERT K | 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 | TPD 11/07-11/20/99. WH/ATTY. | 0 | 448.53 |
| 12/17/1999 | 102 | 62.05 | MURPHEY, ROBERT K | 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 | TPD 11/21-12/04/99. WH/ATTY. | 0 | 448.53 |
| 3/3/2000 | 102 | 2237.86 | MURPHEY, ROBERT K | 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 | TPD 7/12-12/4/99. WH/ATTY. UNDERPAYMEN | 0 | 448.53 |
| 9/8/2000 | 102 | 1247.08 | MOTTAZ, THOMAS D | 41-1638418. | ATTY FEES PREV WH-PER AWARD S&F 08/2 | 0 | 448.53 |
| | | $52,308.96 | | | | | |

| Begin Dt | End Dt | Payment | Lost Time |
|---|---|---|---|
| 8/26/2001 | 9/8/2001 | 732.00 | 10 |
| 8/26/2001 | 9/8/2001 | 183.00 | 0 |
| 9/9/2001 | 9/22/2001 | 732.00 | 10 |
| 12/30/1899 | 12/30/1899 | 183.00 | 0 |
| 9/9/2001 | 9/22/2001 | 183.00 | 0 |
| 9/23/2001 | 10/6/2001 | 732.00 | 10 |
| 9/23/2001 | 10/6/2001 | 183.00 | 0 |
| 10/10/1999 | 10/23/1999 | 317.40 | 0 |
| 10/24/1999 | 11/6/1999 | 317.40 | 0 |
| 11/7/1999 | 11/20/1999 | 41.69 | 0 |
| 10/21/1999 | 12/4/1999 | 62.05 | 0 |
| 7/12/1999 | 12/4/1999 | 2237.86 | 0 |
| | | 1247.08 | 0 |