**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Robert K. Murphey, Jr.,**

**Plaintiff,**

**vs.**

**City of Minneapolis,**

**Defendant.**

**Case No.: 01-10 JNE/JGL**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 25, 2005, I caused the following documents:

1. Defendant's Trial Memorandum
2. Defendant's Requested Jury Instructions
3. Defendant's Special Verdict Form
4. Defendant's Motions in Limine, with Exhibit
5. Defendant's Deposition Testimony List
6. Voir Dire Questions
7. Defendant's Exhibit List
8. Defendant's Witness List

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James Ryan

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: March 25, 2005

JAY M. HEFFERN
City Attorney
By

s/Caroline M. Bachun
CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No.024370X
Attorneys for Defendant
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2754