**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Robert K. Murphey, Jr.,**

**Plaintiff,**

**vs.**

**City of Minneapolis,**

**Defendant.**

**Case No.: 01-10 JNE/JGL**

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S LIST OF DEPOSITION TESTIMONY**

---

Defendant makes these objections to Plaintiff's List of Deposition Testimony pursuant to LR 39.1(b)(1)(D). The list of deposition testimony proposed by Plaintiff, which relates to the deposition of Aurelia Spann, is insufficient to demonstrate the breadth of Aurelia Spann's knowledge and involvement in this case. The portions of the deposition testimony listed by Plaintiff must be supplemented so that the following testimony would be read into the record at trial. In addition, any exhibits that relate to the testimony should be provided to the jury and should be available for review by the jury during the corresponding testimony.

| PAGE | LINES |
|---|---|
| 4 | 8-14, 19-24 |
| 5 | 16-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1, 5-17, 21 (Beginning with "up to December . . .") to 25 |
| 9 | 1-25 |
| 10 | 1-13 |

| | |
|---|---|
| 13 | 9-25 |
| 14 | 1-10 |
| 15 | 5-25 |
| 16 | 1-25 |
| 17 | 1-23 |
| 19 | 15-19 |
| 20 | 2-6 |
| 27 | 3 (only "I'd like you to look at the document")<br><br>4 (only "that bears Bate stamp No. 5302. Do")<br><br>5-25 |
| 28 | 1-21 |
| 29 | 1-2, 6-15 |
| 31 | 19-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-13 |
| 35 | 10-25 |
| 36 | 1-2, 7-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-2 |
| 41 | 2-25 |
| 42 | 1-25 |

| | |
|---|---|
| 43 | 1-3, 11-20 |
| 44 | 21-25 |
| 45 | 1-16 |
| 46 | 6-14, 24-25 |
| 47 | 1-15 |
| 48 | 10-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-14 |
| 55 | 2-14 |
| 58 | 3-7 |
| 59 | 7-17 |
| 61 | 10-25 |
| 62 | 1-13 |
| 68 | 13-15, 16 (only “through 4594.”), and 25 |
| 69 | 1-9 |
| 91 | 24-25 |
| 92 | 1-10 and 11 (only “or school board.”) |
| 93 | 14-18 |

Dated: March 29, 2005

JAY M. HEFFERN
City Attorney
By

s/Caroline M. Bachun
CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No.024370X
Attorneys for Defendant
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2754