UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\- - - - - - - - - - - - - - - - - - - - - - -

Robert K. Murphey, Jr.,

Plaintiff,

vs.

City of Minneapolis,

Defendant.

\- - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 01-10 (JNE/JGL)

**STIPULATION**

To simplify the trial and save the parties and the Court time and expense, the parties enter into the following stipulations for purposes of trial.

**STIPULATION NO. 1**
**(Miscellaneous)**

1. At all times from at least January 1, 1997 through the present, the defendant was a "covered entity" within the meaning of 42 U.S.C. §12111(2), and an "employer" within the meaning of 42 U.S.C.§12111(5)(A) of the Americans With Disabilities Act.[1]

2. During the term of his employment, the plaintiff was an "employee" within the meaning of 42 U.S.C. §12111(4) of the Americans With Disabilities Act.[2]

---

[1] Answer, para. 20.

[2] *Id.*, para. 22.

**STIPULATION NO. 2**
**(Foundation, Authenticity, and Identification of Certain Records)**

To avoid the time and expense of deposing for purposes of preserving their testimony for trial or calling as witnesses at trial the records custodians for various relevant entities, the parties hereby stipulate as follows:

3. That with respect to the records pertaining to the plaintiff produced during this proceeding by the entities listed below:

a. those records are records of regularly conducted activity under Federal Rule of Evidence 803(6) and 28 U.S.C.A. § 1732;

b. the requirements of identification and authenticity under Federal Rule of Evidence 901 have been satisfied;

c. a proper foundation shall be deemed to have been laid for the admissibility at trial of these records; and

d. the parties preserve all objections to admissibility not waived above.

4. The entities and documents covered by this stipulation include the following:

- PERA (except documents prepared by Patricia Kappelhoff in 2005)[3]
- MERF
- Bloomington Lake Clinic
- Summit Landmark Orthopedics, Ltd.
- Abbott Northwestern Hospital
- Park Nicollet Clinic
- Health Psychology Consultants
- Veterans Administration Medical Center
- Patricia Richardson, ACSW

---

[3] The parties waive any objection to testimony by Patricia Kappelhoff which is based upon a failure to comply with Fed.R.Civ.P. 26(a)(2), but they reserve all other objections of any kind to her testimony. The parties also waive any objection to testimony by one expert each, other than Patricia Kappelhoff, generally concerning the factors involved in computing present value and present-value calculations, which is based on a failure to comply with Fed.R.Civ.P. 26(a)(2) and LR 39.1, but they reserve all other objections of any kind to that testimony.

- Professional Associates of Rehabilitation, Inc.
- Worker's Compensation Files and Documents
- City of Minneapolis Requisitions
- City of Minneapolis Job Titles and Position Lists
- City of Minneapolis Job Postings
- City of Minneapolis Job Descriptions
- City of Minneapolis Essential Job Functions for City of Minneapolis jobs
- Employment Applications and documents related to application processing
- City of Minneapolis Labor Agreements
- City of Minneapolis Employee Handbook
- Personnel documents regarding Murphey
- Minneapolis Civil Commission Rules
- Documents and Materials Available on the Website maintained by the City of Minneapolis
- The "IRS Life Expectancy Table" included as part of Exhibit B to the Plaintiff's Submissions Regarding Settlement submitted to Magistrate Judge Lebedoff in December, 2004 with the understanding it will be used in conjunction with whatever jury instruction, if any, the Court chooses to give on life expectancy and/or mortality
- Other medical documents produced during discovery
- Frank Samlaska documents relating to the plaintiff, including his initial work related to the plaintiff in September and October of 1999
- Such other materials as the parties may agree to include within this Stipulation. If such agreement is made prior to trial, it shall be confirmed in writing; if at trial, it shall be placed on the record

JAMES G. RYAN
Attorney for Plaintiff

*s/ James G. Ryan*
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-3872

Dated: April 8, 2005

CAROLINE M. BACHUN
Attorney for Defendant

*s/ Caroline M. Bachun*
Caroline M. Bachun
Attorney Reg. No. 024370X
Assistant City Attorney
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
Tel: (612) 673-2754

Dated: April 8, 2005