IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*Robert K. Murphey, Jr.,*

Plaintiff,

v.

*City of Minneapolis,*

Defendant.

**CERTIFICATE OF SERVICE**

Case No.: *01-10 (JNE/JGL)*

I hereby certify that on April 9, 2005**,** I caused the following documents:

Stipulation (dated April 8, 2005**)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Caroline M. Bachun
caroline.bachun@ci.minneapolis.mn.us

I further certify that I caused a proposed order to be filed with the court via e-mail to the following judge who will entertain the parties joint request for an Order based on the Stipulation:

Judge Ericksen
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

Caroline M. Bachun
caroline.bachun@ci.minneapolis.mn.us

Dated: April 9, 2005

*s/ James G. Ryan*
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-3872