IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*Robert K. Murphey, Jr.,*

Plaintiff,

v.

*City of Minneapolis,*

Defendant.

**CERTIFICATE OF SERVICE**

Case No.: *01-10 (JNE/JGL)*

I hereby certify that on **April 11, 2005**, I caused the following documents:

**Affidavit of Plaintiff's Counsel in Opposition to Defendant's Motion in Limine;**

**Affidavit of Frank D. Samlaska; and**

**Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine Concerning Witness Frank Samlaska,**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Caroline M. Bachun**
**Assistant City Attorney**
**Office of the City Attorney**
**333 South Seventh Street, Suite 300**
**Minneapolis, MN 55402-2453**

**caroline.bachun@ci.minneapolis.mn.us**

Dated: April 11, 2005

***/s/ James G. Ryan***
James G. Ryan
Attorney Reg. No. 155962
820 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tele: (612) 338-3872