**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Robert K. Murphey, Jr.,**

**Plaintiff,**

**vs.**

**City of Minneapolis,**

**Defendant.**

**Case No.: 01-10 JNE/JGL**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on April 11, 2005, I caused the following documents:

1. Defendant's Amended Exhibit List; and,
2. Defendant's Amended Witness List.

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James Ryan

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: April 11, 2005

JAY M. HEFFERN
City Attorney
By

s/Caroline M. Bachun

CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No.024370X
Attorneys for Defendant
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2754