# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CONTINUED CIVIL JURY TRIAL

Robert K. Murphey, Jr.,
Plaintiff,
v.
City of Minneapolis,
Defendant.

**COURT MINUTES**
Case Number: 01cv10 (JNE/JGL)

Date: April 15, 2005
Court Reporter: Jean M. Whalen (Hoffarth & Whalen, Inc.)
Time Commenced: 9:30 a.m.
Time Concluded: 4:00 p.m.
Time in Court: 5.5 Hours

Trial before Joan N. Ericksen, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: James G. Ryan
For Defendant: Caroline M. Bachun

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began.**
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
: **JURY Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses:
: Defendant's witnesses: **Mary Page (continued), Tara Mugane, Lisa Cerney, Brad Henry, Roxanne Scheller, Larry Matsumoto, Nancy Ross,**
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.

9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk