RECEIVED
APR 19 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert K. Murphey, Jr.,

Plaintiff,

vs.

City of Minneapolis,

Defendant.

**PLAINTIFF'S TRIAL EXHIBIT LIST**
**( 03-25-05)**

**CASE NUMBER: 01-10 (JNE/JGL)**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | James G. Ryan | Caroline M. Bachun |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | |
| 1. | | | | R | Record of Initial Hire Date and Wage 6/14/71 (03356) |
| 2. | | | | R | Letter to Murphey of 5/3/83 (MURPHEY 419) |
| 3. | | | | R | Employee Hire Form dated 11/4/99 (6850) |
| 4. | | | | R | Pay Stubs (MURPHEY 350 - 351) |
| 5. | | | | | Requisition for Employee of 9/23/99 (7024) |
| 6. | | | | | Memo of 11/2/99 from Garber to Foster (7034) |
| 7. | | | | | Hire Report 11/15/99 (7040) |
| 8. | | | | | Hire Report 12/6/99 (7042) |
| 9. | | | | | Hire Report 9/20/99 (7055) |
| 10. | | | | | Job Requisition Update Form 12/31/99 (7004) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 11. | | | | | INPRO Letter of Engagement 10/13/98 (00582) |
| 12. | | | | | INPRO Investigation Report 11/2/98 (00548 - 00550) |
| 13. | | | | | INPRO Supplemental Investigation Report 12/7/98 (00668 - 00671) |
| 14. | | | | | Pay Records (01436 - 01439) |
| 15. | | | | | E-mail from Ross to Giles and others 1/25/00 (01594) |
| 16. | | | | | E-mail exchange between Ross & Page 9/22 - 9/23/99 (01687) |
| 17. | | | | | E-mail exchange between Mary Page and Katherine O'Neill 10-4-99 to 10-6-99 (04111 -04112 and Ex. A to Ryan Aff of 4/10/02) |
| 18. | | | | | E-mail from Jauman to Ross 10/13/98 (03994 and Ex. B to Ryan Aff. Of 4/10/02) |
| 19. | | | | | E-mail from O'Neill to Jauman 10/28/98 (04016) |
| 20. | | | | | E-mail from Scheller to Page 11/3/99 (04120) |
| 21. | | | | | Letter from PERA to Bachun 8/1/01 (4705) - redacted to eliminate reference to award and denial of continuation |
| 22. | | | | | PERA Disability Calculation 5/14/99 (4710) |
| 23. | | | | | Employee Handbook Excerpts (03784, 03809 - 03814) |
| 24. | | | | (R) | CV of Frank D. Samlaska (Dep. Ex. 3) |
| 25. | | | | | Samlaska Rehabilitation Status Report dated 11/12/99 (Dep. Ex. 4) |
| 26. | | | | | Samlaska Rehabilitation Vocation Assessment Report dated 12/08/99 (Dep. Ex. 5) |
| 27. | | | | (R) | Functional Capacities Evaluation dated 03/24/99 (Dep. Ex. 6) |
| 28. | | | | | Engineering Aide I Job Posting (Dep. Ex. 7) |
| 29. | | | | | EZDOT Report dated 03/09/00 (Dep. Ex. 8) |

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 30. | | | | | Letter from Mary Jauman to Robert Murphey re eligibility for RTW/JB Program 07/23/98 (Dep. Ex. 9) |
| 31. | | | | | Samlaska Rehabilitation Job Placement Plan & Agreement (JPPA) dated 02/09/00 (Dep. Ex. 10) |
| 32. | | | | | Rehabilitation Plan Amendment (R-3) dated 02/03/00 (Dep. Ex. 11) |
| 33. | | | | | Complaint (Dep. Ex. 12) |
| 34. | | | | | E-mail from Nancy Ross to David J. Abramson dated 05/18/99 (Dep. Ex. 13) |
| 35. | | | | | E-mail from Nancy Ross to Mary Page dated 05/20/99 (Dep. Ex. 14) |
| 36. | | | | | Letter from Lasamy Mila, RTYW/JBP, re placement in program dated 10/08/98 (Dep. Ex. 15) |
| 37. | | | | R | Letter from Michelle Michurski to Robert Mu(Drphey dated 07/06/99 (Dep. Ex. 16) |
| 38. | | | | | E-mails between Nancy Ross and Timothy Giles dated 02/01/00 (Dep. Ex. 17) |
| 39. | | | | | E-mails between Mary Page and Robert Etzioni dated 10/06/99 (Dep. Ex. 18) |
| 40. | | | | R | Letter from Aurelia L. Spann to Robert Murphey re completion of Job Bank dated 11/03/99 (Dep. Ex. 19) |
| 41. | | | | | What Should I Do If I am Injured at Work? (Brochure) (Dep. Ex. 20) |
| 42. | | | | | Return to Work Program (Brochure) (Dep. Ex. 21) |
| 43. | | | | | Return to Work/Job Bank Procedures (Dep. Ex. 22) |
| 44. | | | | | Return to Work/Job Bank Program (Dep. Ex. 23) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 45. | | | | | Checklist for Return to Work/Job Bank Placement Coordinators (Dep. Ex. 24) |
| 46. | | | | | Return to Work Policy (Dep. Ex. 25) |
| 47. | | | | | Worker's Compensation Return to Work: Process (Dep. Ex. 26) |
| 48. | | | | | H.R. Generalists Reporting in RTW Program (Dep. Ex. 27) |
| 49. | | | | | Return to Work Coordinator Monthly Statistical Report dated 01/15/97 (Dep. Ex. 28) |
| 50. | | | | | E-mail (undated) from Ross to Mila & Jauman (00364) |
| 51. | | | | | E-mail from Nancy Ross to Mary Page dated 10/28/98 (Dep. Ex. 29) |
| 52. | | | | | E-mail exchange among Ross, Abramson, and Page (00858 and Ex. E to Ryan Aff. of 4/10/02) |
| 53. | | | | | E-mail from Page to Garber (5/36/99) (04063 and Ex. F to Ryan Aff. of 4/10/02) |
| 54. | | | | | E-mail exchange among Ross, Page, and Bradford (04066 and Ex. G to Ryan Aff. of 4/10/02) |
| 55. | | | | | E-mail from Tara Mugane to Mary Page re List of Duties for Robert Murphey dated 06/07/99 (Dep. Ex. 30) |
| 56. | | | | | Return to Work Financial Approval Form dated 10/13/98 (Dep. Ex. 31) |
| 57. | | | | | E-mail from Nancy Ross to Mary Page dated 06/25/99 (Dep. Ex. 32) |
| 58. | | | | | Job Bank file of Aurelia Spann dated 12/13/01 (Dep. Ex. 34) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 59. | | | | | Memo to Robert Murphey from Aurelia Spann re Skills Assessment dated 08/28/98 (Dep. Ex. 35) |
| 60. | | | | | Job Bank Clients dated 02/22/99 (Dep. Ex. 36) |
| 61. | | | | | Minneapolis Job Openings (Dep. Ex. 37) |
| 62. | | | | | Letter from Tara Mugane to Murphey re Engineering Services work available dated 12/23/99 (Dep. Ex. 42) |
| 63. | | | | | Letter from Michelle Michurski to Murphey re meeting to offer light duty position dated 07/02/99 (Dep. Ex. 57) |
| 64. | | | | | Letter from Dr. Conlan to City 5/19/97 (00296) |
| 65. | | | | | Letter from Ross to Sack of Park Nicollet 6/25/97 (00290) |
| 66. | | | | | Functional Capacities Evaluation by Park Nicollet 7/14 - 7/15/97 (4950 - 4955) |
| 67. | | | | | Letter from Dr. Conlan to City 8/19/97 (00261 - 00262) |
| 68. | | | | | Letter from Dr. Conlan to City 10/15/97 (00143) |
| 69. | | | | | Letter from Dr. Dowdle to Erickson (00145) |
| 70. | | | | | Report of Dr. Dowdle 11/10/97 (00146 - 00149) |
| 71. | | | | | Letter from Ross to Bloomington Lake Clinic 1/20/98 (00115) |
| 72. | | | | | Report of Back in Action Rehab 2/19/98 (00052 - 00053) |
| 73. | | | | | Back in Action Assessment Protocol 2/19/98 (00071 - 00077) |
| 74. | | | | | Letter from Ross to Dr. Dowdle 4/10/98 (00090 - 00092) |
| 75. | | | | | Letter from Dr. Conlon to City 4/16/98 (00018, 00020, 00019) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 76. | | | | | Letter from Dr. Dowdle to Ross 4/28/98 (00600 - 00603) |
| 77. | | | | | Letter from Dr. Conlan to City 6/11/98 (00355 - 00356) |
| 78. | | | | | Letter from PAR to Ross 7/23/98 (00331 - 00332) |
| 79. | | | | | Letter from Dr. Conlon to City 7/28/98 (02649) |
| 80. | | | | | Letter from Dr. Conlon to City 8/10/98 (02648) |
| 81. | | | | | Letter from Dr. Conlon to City 8/19/98 (02646) |
| 82. | | | | | Letter from Dr. Conlon to City 8/27/98 (02645) |
| 83. | | | | | Abb NW Report (Dr. Monsein) 1/4/99 (00903 - 00909 – NOTE: Def's Bates stamping out of order) |
| 84. | | | | | Abb NW Rehabiltation Documents 3/24/99 (00889 - 00892) |
| 85. | | | | | Letter from Dr. Monsein to Ross 3/26/99 (00887 - 00888) |
| 86. | | | | | Abb NW Chronic Pain Rehab Progress Note 7/14/99 (MURPHEY 272 - 273) |
| 87. | | | | | Abb NW Chronic Pain Rehab Progress Note 12/2/99 (01714 - 01715) |
| 88. | | | | | Letter from Dr. Monsein to Ross 12/21/99 (01712 - 01713) |
| 89. | | | | | Letter from Dr. Monsein to Ross 2/21/00 (01108 - 01109) |
| 90. | | | | | Abb NW Chronic Pain Rehab Progress Note 4/3/00 (01347 - 01349) |
| 91. | | | | | Abb NW Chronic Pain Rehab Progress Note 10/16/00 (02378 - 02379) |
| 92. | | | | | John H. Hung, Ph.D., L.P., Health Psychology Consultants Report of Consultation on 11/19/98 (00625 - 00632) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 93. | | | | R | Letter to LaViolette from Kapelhoff of PERA 1/18/03 (MURPHEY PERA 27) |
| 94. | | | | | Letter to Murphey from PERA Benefit Counselor 8-13-02 and attachment (MURPHEY PERA 32 - 35) |
| 95. | | | | | Letter to Ryan from Kapelhoff 3/23/05, and Ryan Letter to Kapelhoff 3/23/05 |
| 96. | | | | N/J | IRS Life Expectancy Table (Ex. B to Plaintiff's Settlement Brief of 12/21/04 |
| 97. | | | | R | Summary Exhibit – Back Pay, and supporting documentation |
| 98. | | | | | Summary Exhibit – Lost PERA Disability Benefits and supporting documentation |
| 99. | | | | | Summary Exhibit – Lost Pension Benefits and supporting documentation |
| 100. | | | | R | Marked Calendar (Ex. H to Ryan Aff. of 4/10/02) |
| 101. | | | | | Defendant's Rule 26 Disclosure dated 01/18/01 |
| 102. | | | | | Defendant's Answers to Plaintiff's Interrogatories (Set I) dated 04/23/01 (Dep. Ex. 33) |
| 103. | | | | | Defendant's Response to Plaintiff's Request for Production of Documents (Set I) dated 04/23/01 |
| 104. | | | | | Defendant's Response to Plaintiff's Request for Statements dated 04/23/01 |
| 105. | | | | | Defendant's Response to Plaintiff's Request for Admissions dated 01/25/02 |
| 106. | | | | | Defendant's Answers to Plaintiff's Interrogatories (Set II) dated 02/05/02 |
| 107. | | | | | Defendant's Response to Plaintiff's Request for Production of Documents (Set II) dated 02/05/02 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

| Robert K. Murphey, Jr. vs. City of Minneapolis | | | | | CASE NO. 01-10 (JNE/JGL) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 108. | | | | | Excerpts from Deposition of Aurelia L. Spann dated 12/17/01 |

**The plaintiff reserves the right to offer additional exhibits for impeachment and rebuttal.**

110 (R) Label from Mpls. Website
111 (R) Kappelhoff's Answers to PEKA question
112 (R) Summary exhibit – PEKA Benefits Lost
114 (R) Present day calculation sheet

*Include a notation as to the location of any exhibit not held with the case file or not available because of size