# United States District Court

DISTRICT OF

Murphey
v.
City of Mpls.

COURT
EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ericksen | Ryan | Bachun |
| TRIAL DATE(S) 4-13-05 to 4-19-05 | COURT REPORTER Weinbeck | COURTROOM DEPUTY Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | 1 | | Question from jury |
| | | | 1a | | Answer |
| | | | 2 | | Question |
| | | | 2a | | Answer |

RECEIVED
APR 19 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN.

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**IMPORTANT MESSAGE**

FOR Judge Ericksen

DATE ______ TIME ______ A.M. P.M.

M ______

OF ______

PHONE ______ AREA CODE NUMBER EXTENSION

☐ FAX

☐ MOBILE ______ AREA CODE NUMBER TIME TO CALL

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Regarding Question 2 — does this refer to employment prior to termination (Nov 3, 1999) or does it include permit work subsequent termination?

Thanks,

SIGNED Eagle Archer

TOPS FORM 3002S MADE IN U.S.A.

Prior to termination (Nov 3, 1999)

ct ack la 01/0110

J N Ericksen

## IMPORTANT MESSAGE

FOR Judge Ericksen

DATE ______ TIME ______ A.M. P.M.

M ______

OF ______

PHONE ______ AREA CODE / NUMBER / EXTENSION

☐ FAX

☐ MOBILE ______ AREA CODE / NUMBER / TIME TO CALL

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Regarding Question 2 - does this refer to employment prior to termination (Nov 3, 1999) or does it include permit work following termination?

Thanks,

SIGNED Engle Ardem

TOPS. FORM 3002S MADE IN U.S.A.

→ Prior to termination (Nov 3, 1999).

JNEricksen

**IMPORTANT MESSAGE**

FOR Judge Ericksen

DATE ______ TIME ______ A.M. P.M.

M ______

OF ______

PHONE ______ AREA CODE NUMBER EXTENSION

☐ FAX ☐ MOBILE ______ AREA CODE NUMBER TIME TO CALL

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Regarding Instruction No. 10 – Third essential element: "discharged" is that discharged in general or discharged from laborer position or discharged from Engineering Aide I position? (specific position)

SIGNED [signature]

TOPS FORM 3002S MADE IN U.S.A.

Discharged in general.

[signature] JNEricksen

ct. ad. 2a 0/0110

**IMPORTANT MESSAGE**

FOR Judge Ericksen

DATE ______ TIME ______ A.M. P.M.

M ______

OF ______

PHONE ______ AREA CODE NUMBER EXTENSION

☐ FAX

☐ MOBILE ______ AREA CODE NUMBER TIME TO CALL

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Regarding Instruction No. 10 – Third essential element: "discharged" is that discharged in general or discharged from laborer position or discharged from Engineering Aide I position? (specific position)

SIGNED [signature]

TOPS. FORM 3002S MADE IN U.S.A.

Discharged in general.

[signature] J. Ericksen