RECEIVED
APR 19 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert K. Murphey,

Plaintiff,

v.

The City of Minneapolis,

Defendant.

Civ. No. 01-10 (JNE/JGL)
SPECIAL VERDICT

1. With respect to the laborer position, on Robert K. Murphey's claim of disparate treatment as described in Instruction No. 10, we find in favor of (check one):

☐ Plaintiff Robert K. Murphey

☒ Defendant City of Minneapolis

2. Was Robert K. Murphey ever employed by defendant City of Minneapolis as an Engineering Aide I?

YES __X__ NO ______

If your answer to No. 2 is "yes," answer No. 3. If your answer to No. 2 is "no," proceed to No. 4.

3. With respect to the Engineering Aide I position, on Robert K. Murphey's claim of disparate treatment as described in Instruction No. 10, we find in favor of (check one):

☐ Plaintiff Robert K. Murphey

☒ Defendant City of Minneapolis

Proceed to No. 4.

4. On Robert K. Murphey's claim for failure to provide reasonable accommodation as described in Instruction No. 11, we find in favor of (check one):

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

- ☐ Plaintiff Robert K. Murphey
- ☒ Defendant City of Minneapolis

If you found in favor of Robert K. Murphey on No. 1, No. 3 or No. 4 above, complete the following. Otherwise, have your foreperson sign and date this form because you have completed your deliberations.

**Past Wage Loss.** We find Robert K. Murphey's lost wages and employment benefits through August 31, 2001 to be $______________ (stating the amount or, if none, write the word "none").

**Past PERA Benefits.** We find Robert K. Murphey's lost PERA benefits through the date of this verdict to be $______________ (stating the amount or, if none, write the word "none").

**Present Value of Future PERA Benefits.** We find Robert K. Murphey's lost PERA benefits from the date of trial onward, reduced to present value, to be $______________ (stating the amount or, if none, write the word "none").

**Emotional Distress.** We find Robert K. Murphey should be awarded damages for past and future emotional distress in the amount of $______________ (stating the amount or, if none, write the word "none").

Dated: April 19, 2005

Eugene J. Anderson
Foreperson