# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert K. Murphey, Jr.,

V.

City of Minneapolis,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-10 JNE/JGL

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment in favor of Defendant.

April 27, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk

______s/ Joan N. Ericksen__________
Joan N. Ericksen
United States District Judge