MINNEAPOLIS FINANCE DEPARTMENT 673-2772 9002738

| DESCRIPTION | VOUCHER NUMBER | REFERENCE NUMBER | INVOICE NUMBER | TRANSACTION DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|---|
| MURPHY V. CITY | 14106003756 | | | | *******150.00 |

01 01 01 16725 A CLERK, US DISTRICT COURT

TOTAL NET *******150.00

DETACH BEFORE DEPOSITING CHECK

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

# CITY OF MINNEAPOLIS

9002738

minneapolis city of lakes

KNOW YOUR ENDORSER–REQUIRE IDENTIFICATION

00009002738

75-46
919

NORWEST BANK RED WING, N.A.

NOT VALID AFTER 60 DAYS

CLAIMS ACCOUNT

| MO. | DAY | YR. |
|---|---|---|
| 01 | 01 | 01 |

| AMOUNT |
|---|
| *******150.00 |

ONE HUNDRED FIFTY AND NO/100 DOLLARS

PAY TO THE ORDER OF

CLERK, US DISTRICT COURT

300 SOUTH 4TH STREET
MINNEAPOLIS MN 55415

Patrick Born

Finance Officer

⑈9002738⑈ ⑆091900465⑆ 000020669⑈

# City of Minneapolis
## Employee Reimbursement Form
Receipts and all Supporting Documentation Attached

Pay To: Carol Bachun (Name) Employee #: 060455

400 Groveland Ave, #1814 (Address)

(Address)

Minneapolis, MN 55403 (City State Zip Code)

Earnings Code: EMS Date Prepared: 4/20/05

Explanation: Subpoena Fees for Federal trial witnesses on 00L-0385 Murphey v. City of Minneapolis

Total Amount of Check Request: $ 87.63

Requester's signature (*required*): Caroline M Bachun

Approved By (Requestor's Supervisor or Department Head):

Goods or services were received in good condition except as noted on invoice
4/20/05 [signature]
Date Signature

Approved for Payment
4/21/05 Colleen O'Brien
Date Signature

| FUND | AGCY | ORG | SUB | ACTIVITY | OBJ | SUB OBJ | JOB NO | REPT CAT | LINE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6900 | 140 | 1440 | | | 6120 | 06 | | | | $87.63 |
| FUND | AGCY | ORG | SUB | ACTIVITY | OBJ | SUB OBJ | JOB NO | REPT CAT | LINE | AMOUNT |
| | | | | | | | | | | |
| FUND | AGCY | ORG | SUB | ACTIVITY | OBJ | SUB OBJ | JOB NO | REPT CAT | LINE | AMOUNT |
| | | | | | | | | | | |

4/22/05

CAROLINE M. BACHUN
LIC. B250-108-585-749
HM. 612-872-9357 WK. 612-673-2754
400 GROVELAND AVE., #1814
MINNEAPOLIS, MN 55403

17-1-910 1800

March 25 20 05

Pay To The Order Of Patricia Kappelhoff $ 41.00

Forty-one and 00/100 Dollars

SAFETY CHECK

Security features included. Details on back.

WELLS FARGO BANK, N.A.
Minneapolis, MN 55479
wellsfargo.com

For Subpoena Fee

Caroline M Bachun

MP

⑆091000019⑆0408718641⑈ 01800

CAROLINE M. BACHUN
LIC. B250-108-585-749
HM. 612-872-9357 WK. 612-673-2754
400 GROVELAND AVE., #1814
MINNEAPOLIS, MN 55403

17-1-910

1799

March 25 20 05

Pay To The Order Of Brad Henry $ 46.63

Forty-Six and 63/100 Dollars

SAFETY CHECK

Security Features Included. Details on Back.

WELLS FARGO BANK, N.A.
Minneapolis, MN 55479
wellsfargo.com

For Subpoena Fee

Caroline M Bachun MP

⑆091000019⑆0408718641⑈ 01799

**Minneapolis**
*City of Lakes*

**Office of the City Attorney**
Jay M. Heffern
City Attorney

333 South 7th Street - Suite 300
Minneapolis MN 55402-2453

| | |
|---|---|
| Office | 612 673-2010 |
| Civil Division Fax | 612 673-3362 |
| Criminal Division Fax | 612 673-2189 |
| MCDA Fax | 612 673-5112 |
| TTY | 612 673-2157 |

March 25, 2005

Patricia Kappelhoff
Public Employees Retirement Association
60 Empire Drive, Suite 200
St. Paul, MN 55103

Re: Robert K. Murphey, Jr. v. City of Minneapolis
Court File No.: 01-10 JNE/JGL

Dear Ms. Kappelhoff:

Enclosed please find a Subpoena to appear to testify in the above-captioned matter. Also enclosed is a check in the amount of $41 for your expense.

Please note that although the trial begins on the 5th of April, we will be contacting you with the specific date and time for your testimony.

Thank you, for your cooperation. Please call the undersigned upon receipt of this Subpoena.

Sincerely,

Ebi G. Itie
Paralegal
(612) 673-2448

Enclosures

· AO88 (Rev 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Robert K. Murphey

V.

City of Minneapolis

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 01 cv 10 (JNE/JGL)

TO: Patricia Kappelhoff, PERA, 60, Empire Dr. Suite 200, St. Paul, MN 55103

G YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Federal courts Bldg, 316 Robert Str., 7th Floor, Courtroom 3, St. Paul, MN | #3 |
| | DATE AND TIME |
| | April 7-29, 2005 9AM |

G YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

G YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

G YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR | DATE |
|---|---|
| Caroline M Bachun for Defendant | 3/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Caroline M. Bachun, 333 S. 7th Str., Suite 300, Minneapolis, MN 55402 (612) 673-2754

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**Minneapolis**
*City of Lakes*

**Office of the City Attorney**
Jay M. Heffern
City Attorney

333 South 7th Street - Suite 300
Minneapolis MN 55402-2453

Office 612 673-2010
Civil Division Fax 612 673-3362
Criminal Division Fax 612 673-2189
MCDA Fax 612 673-5112
TTY 612 673-2157

March 25, 2005

Brad Henry
URS
700 3rd Street South, Suite 600
Minneapolis, MN 55415

Re: Robert K. Murphey, Jr. v. City of Minneapolis
Court File No.: 01-10 JNE/JGL

Dear Mr. Henry:

Enclosed please find a Subpoena to appear to testify in the above-captioned matter. Also enclosed is a check in the amount of $46.63 for your expense.

Please note that although the trial begins on the 5th of April, we will be contacting you with the specific date and time for your testimony.

Thank you, for your cooperation. Please call the undersigned upon receipt of this Subpoena.

Sincerely,

Ebi G. Itie
Paralegal
(612) 673-2448

Enclosures

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Robert K. Murphey, Jr.

V.

City of Minneapolis

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 01 cv 10 (JNE/JGL)

TO: Brad Henry, URS, 700 3rd Str. S., Suite 600, Minneapolis, MN 55415

G YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | #3 |
| Federal Courts Bldg, 316 N. Roberts Str. 7th Floor, Courtroom 3, St. Paul, MN | DATE AND TIME |
| | April 7-29, 2005 9AM |

G YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

G YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

G YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR | DATE |
|---|---|
| Caroline M Bachun For Defendant | 3/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Caroline M. Bachun, 333 S.7th Str., Suite 300, Minneapolis, MN 55402 (612) 673-2754

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

21309A PO 9850000 13399

V1 150 1500000283

KINSELLA HARTIGAN & KELZER, INC.
632 WELLS FARGO MIDLAND BUILDING
401 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55401

CITY ATTORNEY'S OFFICE
333 SOUTH SEVENTH STREET
SUITE 300
MINNEAPOLIS, MN 55402

CAROLINE BACHUN, ESQ

RECEIVED
JAN 04 2002
BY:

**INVOICE NO. :** 21761
**INVOICE DATE:** 1/02/2002
**REPORTER:**
Diane Preece 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

**ID#:** *(612) 339-6132*

*EUO OF KHOI VO*

| Date | Description | Amount |
|---|---|---|
| | Transcript Copies of: | |
| | NANCY ROSS -12/13/01 | |
| | MARY PAGE- 12/14/01 | |
| | AURELIA SPANN- 12/17/01 | |
| | EDWARD BACKSTROM- 12/21/01 | |
| | Read & Sign | |
| | Exhibit Copies | |
| | ASCII Disk | |
| | Condensed Transcript | |
| | Postage/Delivery | |
| | THANK YOU! | |
| | | 835.70 |

**Total Amount Due** 835.70

**Please make check payable to the reporter and indicate invoice #.**

Sue,
Please do pay sheet
on 00L-0385,
Robert Murphey. CB

6900-150-1500-7115-5070-05-6000

6000

2-11-02

24400 A   86-150-1500-6000/5585

KINSELLA HARTIGAN & KELZER, INC.
632 WELLS FARGO MIDLAND BUILDING
401 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55401

RECEIVED
NOV 15 2001
BY: JJ

OFFICE OF THE CITY ATTORNEY
300 METROPOLITAN CENTRE
333 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-2453

CAROLINE M. BACHUN, ESQ

**INVOICE NO. :** **21496**
**INVOICE DATE:** **11/12/2001**
**REPORTER:**
Jodi Dahl 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

**ID#:** *(612) 339-6132*

*ROBERT K. MURPHY, JR. vs*
*CITY OF MINNEAPOLIS*
*Deposition of Frank David Samlaska*

| Date | Description | Amount |
|---|---|---|
| 10/04/2001 | Copy | |
| | Exhibit Copies | |
| | ASCII Disk | |
| | Condensed Transcript | |
| | Postage/Delivery | |
| | THANK YOU! | |
| | | 304.50 |
| | **Total Amount Due** | 304.50 |

**Please make check payable to the reporter and indicate invoice #.**

use tax 19.79

6900-150-1500-7115-5070-05-6000

11-21-01

05873 A

INVOICE

P6 150 15000000257
V1 150 15000000307

# Kirby A. Kennedy & Associates

*Quality Court Reporting and Legal Videography*

**Remit to:**
219 Edina Executive Plaza
5200 Willson Road
Minneapolis, MN 55424

Phone: (952) 922-1955
Fax: (952) 922-0371
e-mail: Kreporters@aol.com
*Federal Tax ID 41-1373121*

Ms. Caroline M. Bachun, Esquire
MINNEAPOLIS CITY ATTORNEY'S OFFICE
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453

Invoice
11829

| Date | Client | Job Ref |
|---|---|---|
| 02/11/2002 | 1515 | WSJ020702 |

Re: MURPHEY VS. CITY OF MINNEAPOLIS
Assignment Date: February 07, 2002

DEPOSITION OF ROBERT K, MURPHEY, JR.

| | |
|---|---|
| FOR THE ORIGINAL AND ONE | 1,650.50 |
| EXHIBITS | 65.40 |
| | ========== |
| Total Amount $ | 1,715.90 |

THE SEALED ORIGINAL IS HEREWITH ENCLOSED.
EXHIBITS 38-67 ATTACHED.
ALL-WORD INDEX, DEPO-SQUISH AND ASCII ENCLOSED.

THANK YOU.

WENDY S. JONES. RPR,RMR
COURT REPORTER

6900-150-1500-7115-5070-05-6000

Please Make Checks Payable To:
Kirby A. Kennedy & Associates
Federal Tax Id#: 41-1373121

Remittance Copy

A FINANCE CHARGE OF 1 1/2% PER MONTH OR 18% PER ANNUM WILL BE CHARGED ON ACCOUNTS 30 DAYS PAST DUE. TERMS NET [illegible] DAYS

4-1-02

NIGHTOWL
DOCUMENT MANAGEMENT SERVICES

**PLEASE PAY FROM THIS INVOICE**

Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Minneapolis City Attorney**
**300 Metropolitan Center**
**333 South 7th Street**
**Minneapolis, MN 55402**

# Invoice

Invoice
**05-163759A**
Page:
**1**

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MIN1007** | **Murphy** | **03225** |
| Sales Rep ID | Customer Contact | Order Date |
| **TAY** | **Helen Peters** | |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 5,966.0 | Standard Litigation | 0.180 | 1,073.88 |
| 23,864.0 | Standard Litigation | 0.140 | 3,340.96 |

| | |
|---|---|
| Subtotal | 4,414.84 |
| Sales Tax | 309.04 |
| TOTAL | 4,723.88 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: [signature] DATE: 4/21/05

Night Owl Invoice 05-163759A

| | | | | | |
|---|---|---|---|---|---|
| (Original Copy) | .18 | x | 5,966 | = | 1,073.88 |
| (2 copies) | .14 | x | 11,932 | = | 1,670.48 |
| | | | | | $2,744.36 |

Original Copy = Witness Exhibits
2 copies = Judge + Plaintiff Exhibits

Sir Speedy®

PRINTING • COPYING • DIGITAL NETWORK

701 Fourth Avenue South, Skyway Level
Minneapolis, MN 55415
(612) 334-5679
Website: www.sirspeedy.com/minneapolis fourthave.com

# INVOICE

No. 69889

Date 3/28/05

PO#

SOLD TO

Minneapolis City Attorney's Office
300 Metropolitan Centre
333 South Seventh Street
Minneapolis MN 55402
Karen Caron
Phone: 673-3913

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 | Bachun<br>Copying, 8.5 x 11 #20Bond White 3HD, 1334 originals, copied on 1 side<br>Collate/Machine (Included)<br>Drilling (3-Hole Standard) Orig. Only | <br>466.90<br><br>14.00 |

Thank you for choosing Sir Speedy®

**Please pay from this invoice & remit payment to above address.**

Sales Rep: Jodi
Taken by: Jodi
Account Type: Charge

File Originals
Ship Via: Deliver
Wanted: Mon 3/28 4:00 PM
Bachun

| | |
|---|---|
| SUBTOTAL | 480.90 |
| TAX | 31.26 |
| SHIPPING | |
| TOTAL | 512.16 |

6900-150-1500-7115-5050-03-6000

Please call for **Free Pick-Up & Delivery.**

Received by ______ Date ______

4/11/05

**We do it right or we do it over. We do it on time or it's free.**

Sir Speedy Invoice # 69889

1,334 ÷ 5 copies x 3 copies = $800.40
Drilling 14.00
$814.40

3 copies = Witness Exhibits
Judge Exhibits
Plaintiff's Exhibits

P1-150-15006001869

TO: Jan Cheeseman

FROM: Caroline Bachun

DATE: February 18, 2003

RE: Reimbursement for postage

**MEMORANDUM**

---

Please find attached a receipt for $11.85 for the postage cost of mailing Eighth Circuit Court of Appeals Briefs to the opposing attorney and the Eighth Circuit in the Robert K. Murphey v. City of Minneapolis case, 001-035. Please reimburse me.

MINNEAPOLIS MAIN OFFICE WINDOW
MINNEAPOLIS, Minnesota
554019609

02/18/2003 (800)275-8777 06:06:20 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MINNEAPOLIS MN 55402 Priority Mail | | | $3.85 |
| | Issue PVI: | | $3.85 |
| SAINT LOUIS MO 63102 Priority Mail | | | $8.00 |
| | Issue PVI: | | $8.00 |
| Total: | | | $11.85 |
| Paid by: Cash | | | $20.00 |
| Change Due: | | | -$8.15 |

Bill#: 1000500992648
Clerk: 02

Refunds only per DMM P014
Thank you for your business
Customer Copy

APPROVED FOR PAYMENT 2/19/03

Jay M. Heffern Date

6900-150-15000-7115-5021-01-6000
150-1500-7115 6000

2-24-03