**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Robert K. Murphey, Jr.,**

**Plaintiff,**

**vs.**

**City of Minneapolis,**

**Defendant.**

**Case No.: 01-10 JNE/JGL**

**CITY OF MINNEAPOLIS'S WITHDRAWAL OF ITS BILL OF COSTS**

---

The City filed a Bill of Costs and Attachments on April 29, 2005 in which the City requested costs of $6,664.34. The City of Minneapolis hereby withdrawals the Bill of Costs and its request for costs. The City of Minneapolis will not be seeking any further costs in this matter.

Dated: May 12, 2005

JAY M. HEFFERN
City Attorney
By

s/Caroline M. Bachun
CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No.024370X
Attorneys for Defendant
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2754